**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | David Anthony Abdo |
| | First Name    Middle Name    Last Name |
| Debtor 2 | Carmen Silvia Morales-Abdo |
| (Spouse if, filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF FLORIDA |
| Case number (if known) | 16-11953 |

☐ Check if this is an amended filing

## B 104

# For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims Against You and Are Not Insiders

If you are an individual filing for bankruptcy under Chapter 11, you must fill out this form. If you are filing under Chapter 7, Chapter 12, or Chapter 13, do not fill out this form. Do not include claims by anyone who is an insider. Insiders include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20 percent or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Also, do not include claims by secured creditors unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.

**Part 1:**    List the 20 Unsecured Claims in Order from Largest to Smallest.  Do Not Include Claims by Insiders.

|  |  | Unsecured claim |
|---|---|---|

**1**
Capital One Bank Usa N
15000 Capital One Dr
Richmond, VA 23238

What is the nature of the claim?  Credit Card    $ $484.00

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

_____

Does the creditor have a lien on your property?

☒ No
☐ Yes. Total claim (secured and unsecured)    $ _____
         Value of security:    - $ _____
         Unsecured claim    $ _____

Contact _____
Contact phone _____

**2**
Capital One Bank Usa N
15000 Capital One Dr
Richmond, VA 23238

What is the nature of the claim?  Credit Card    $ $272.00

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

_____

Does the creditor have a lien on your property?

☒ No
☐ Yes. Total claim (secured and unsecured)    $ _____
         Value of security:    - $ _____

Contact _____

B104 (Official Form 104)    For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    Page 1

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor 1 | David Anthony Abdo | | |
|---|---|---|---|
| Debtor 2 | Carmen Silvia Morales-Abdo | Case number *(if known)* | 16-11953 |

Contact phone                                    Unsecured claim                    $ _____

---

**3**

Comenity Bank/Beallsfl
Po Box 182685
Columbus, OH 43218

**What is the nature of the claim?**   Charge Account   $ $249.00

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured)   $ _____
    Value of security:   - $ _____
    Unsecured claim   $ _____

Contact _____

Contact phone _____

---

**4**

Credit One Bank Na
Po Box 98875
Las Vegas, NV 89193

**What is the nature of the claim?**   Credit Card   $ $124.00

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured)   $ _____
    Value of security:   - $ _____
    Unsecured claim   $ _____

Contact _____

Contact phone _____

---

**5**

First Choice Credit Un
Po Box 16659
West Palm Beach, FL 33416

**What is the nature of the claim?**   Automobile   $ $5,312.00

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured)   $ _____
    Value of security:   - $ _____
    Unsecured claim   $ _____

Contact _____

Contact phone _____

---

**6**

First Premier Bank
601 S Minnesota Ave
Sioux Falls, SD 57104

**What is the nature of the claim?**   Credit Card   $ $265.00

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

---

B 104 (Official Form 104)    For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    Page 2

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor 1 | David Anthony Abdo | | Case number (if known) | 16-11953 |
| Debtor 2 | Carmen Silvia Morales-Abdo | | | |

**Does the creditor have a lien on your property?**

■ No

☐ Yes. Total claim (secured and unsecured)    $ _____
    Value of security:    - $ _____
    Unsecured claim    $ _____

Contact

Contact phone

---

**7**

JPMorgan Chase Bank, N.A.
POB 183232
Columbus, OH 43218-3232

**What is the nature of the claim?**    791 Haverhill Road N.
West Palm Beach, FL
33415  Palm Beach
County
Haverhill Riding Estates
TR 35    $ $93,303.38

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**

☐ No

■ Yes. Total claim (secured and unsecured)    $ $311,303.38
    Value of security:    - $ $218,000.00
    Unsecured claim    $ $93,303.38

Contact

Contact phone

---

**8**

Kohls/Capone
N56 W 17000 Ridgewood Dr
Menomonee Falls, WI 53051

**What is the nature of the claim?**    Charge Account    $ $126.00

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**

■ No

☐ Yes. Total claim (secured and unsecured)    $ _____
    Value of security:    - $ _____
    Unsecured claim    $ _____

Contact

Contact phone

---

**9**

New York Community Bank
1801 W. 9th St.
Cleveland, OH 44114

**What is the nature of the claim?**    6245 High Ridge Rd.
Lake Worth, FL 33462
Palm Beach County
Folio #:
00-43-45-05-05-000-02
11
Purchased: 12/17/99    $ $123,529.64

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

B 104 (Official Form 104)    For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    Page 3

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor 1 | David Anthony Abdo | | Case number (if known) | 16-11953 |
|---|---|---|---|---|
| Debtor 2 | Carmen Silvia Morales-Abdo | | | |

■

**Does the creditor have a lien on your property?**

☐ No

■ Yes. Total claim (secured and unsecured)         $ 123,529.64
        Value of security:              - $ 369,170.00
        Unsecured claim                $ 123,529.64

Contact

Contact phone

---

**10**

Northland Group, Inc.
POB 390846
Minneapolis, MN 55439

**What is the nature of the claim?**   Credit card purchases   $ 6,704.85

**As of the date you file, the claim is:** Check all that apply
■ Contingent
☐ Unliquidated
■ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**

■ No

☐ Yes. Total claim (secured and unsecured)         $
        Value of security:              - $
        Unsecured claim                $

Contact

Contact phone

---

**11**

Ocwen Loan Servicing
1661 Worthington Road
Suite 100
West Palm Beach, FL 33409

**What is the nature of the claim?**   6245 High Ridge Rd.   $ 147,352.79
Lake Worth, FL 33462
Palm Beach County
Folio #:
00-43-45-05-05-000-02
11
Purchased: 12/17/99

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**

☐ No

■ Yes. Total claim (secured and unsecured)         $ 516,522.79
        Value of security:              - $ 369,170.00
        Unsecured claim                $ 147,352.79

Contact

Contact phone

---

**12**

Rubin & Debski, P.A.
POB 47718
Jacksonville, FL 32247

**What is the nature of the claim?**   Attorney's Fees   $ 2,100.00

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**

---

B 104 (Official Form 104)       For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims       Page 4

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com       Best Case Bankruptcy

| Debtor 1 | David Anthony Abdo | | Case number *(if known)* | 16-11953 |
| Debtor 2 | Carmen Silvia Morales-Abdo | | | |

---

Contact _____

Contact phone _____

■ No
☐ Yes. Total claim (secured and unsecured)    $ _____
     Value of security:    - $ _____
     Unsecured claim    $ _____

---

**13**

Sears
POB 6282
Sioux Falls, SD 57117

**What is the nature of the claim?**    Credit card purchases    $ $173.78

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**

Contact _____

Contact phone _____

■ No
☐ Yes. Total claim (secured and unsecured)    $ _____
     Value of security:    - $ _____
     Unsecured claim    $ _____

---

**14**

Trust Mortgage, LLC
POB 820
Hallandale, FL 33008

**What is the nature of the claim?**    791 Haverhill Road N. West Palm Beach, FL 33415  Palm Beach County Haverhill Riding Estates TR 35    $ $35,500.00

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**

Contact _____

Contact phone _____

☐ No
■ Yes. Total claim (secured and unsecured)    $ $35,500.00
     Value of security:    - $ $218,000.00
     Unsecured claim    $ $35,500.00

---

**15**

Wells Fargo Hm Mortgage
POB 14591
Des Moines, IA 50306-3591

**What is the nature of the claim?**    1806 Hill St. New Smyrna Beach, FL 32169  Volusia County S 1/3 OF LOT 10 & INC LOT 14 BLK 9 CORONADO BEACH PER OR 527 8 PGS 1592-1593 PER OR 5725 PGS    $ $133,971.61

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

B 104 (Official Form 104)    For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    Page 5

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor 1 | David Anthony Abdo | | Case number (if known) | 16-11953 |
| Debtor 2 | Carmen Silvia Morales-Abdo | | | |

☐   None of the above apply

**Does the creditor have a lien on your property?**

☐   No

■   Yes. Total claim (secured and unsecured)      $   $664,971.61

Contact

Value of security:      - $   $531,000.00

Contact phone

Unsecured claim      $   $133,971.61

---

**Part 2:   Sign Below**

**Under penalty of perjury, I declare that the information provided in this form is true and correct.**

X   /s/ David Anthony Abdo                              X   /s/ Carmen Silvia Morales-Abdo
David Anthony Abdo                                          Carmen Silvia Morales-Abdo
Signature of Debtor 1                                        Signature of Debtor 2

Date   February 25, 2016                              Date   February 25, 2016

B 104 (Official Form 104)        For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims        Page 6

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

2/25/16  8:27PM

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | David Anthony Abdo | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | Carmen Silvia Morales-Abdo | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF FLORIDA

Case number    16-11953
(if known)

☐ Check if this is an
amended filing

## Official Form 106Sum
## Summary of Your Assets and Liabilities and Certain Statistical Information        12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

### Part 1:    Summarize Your Assets

| | | **Your assets**<br>Value of what you own |
|---|---|---|
| 1. | **Schedule A/B: Property** (Official Form 106A/B)<br>1a. Copy line 55, Total real estate, from Schedule A/B................................................................. | $          1,118,170.00 |
| | 1b. Copy line 62, Total personal property, from Schedule A/B....................................................... | $          1,920,587.99 |
| | 1c. Copy line 63, Total of all property on Schedule A/B................................................................ | $          3,038,757.99 |

### Part 2:    Summarize Your Liabilities

| | | **Your liabilities**<br>Amount you owe |
|---|---|---|
| 2. | *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D)<br>2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D...* | $          1,656,627.42 |
| 3. | *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F)<br>3a. Copy  the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*................................ | $                   0.00 |
| | 3b. Copy  the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*............................ | $             15,810.63 |
| | **Your total liabilities** | $          1,672,438.05 |

### Part 3:    Summarize Your Income and Expenses

| | | |
|---|---|---|
| 4. | *Schedule I: Your Income* (Official Form 106I)<br>Copy your combined monthly income from line 12 of *Schedule I*................................................. | $             7,302.13 |
| 5. | *Schedule J: Your Expenses* (Official Form 106J)<br>Copy your monthly expenses from line 22c of *Schedule J*........................................................ | $             3,862.23 |

### Part 4:    Answer These Questions for Administrative and Statistical Records

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

    ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

    ■ Yes

7. **What kind of debt do you have?**

    ■ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

    ☐ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. *Check this box* and submit this form to the court with your other schedules.

Official Form 106Sum            Summary of Your Assets and Liabilities and Certain Statistical Information            page 1 of 2

Debtor 1    David Anthony Abdo
Debtor 2    Carmen Silvia Morales-Abdo

Case number *(if known)*  16-11953

8.  **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.

$                8,130.45

9.  **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

| From Part 4 on *Schedule E/F*, copy the following: | Total claim |
|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | $            0.00 |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $            0.00 |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $            0.00 |
| 9d. Student loans. (Copy line 6f.) | $            0.00 |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $            0.00 |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | +$            0.00 |
| 9g. **Total.** Add lines 9a through 9f. | $            0.00 |

**Fill in this information to identify your case and this filing:**

| | |
|---|---|
| Debtor 1 | David Anthony Abdo |
| | First Name    Middle Name    Last Name |
| Debtor 2 | Carmen Silvia Morales-Abdo |
| (Spouse, if filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF FLORIDA |
| Case number | 16-11953 |

☐ Check if this is an
amended filing

Official Form 106A/B

# Schedule A/B: Property

12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:** Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

☐ No. Go to Part 2.

■ Yes. Where is the property?

| | | |
|---|---|---|
| **1.1** | | |

6245 High Ridge Rd.
Street address, if available, or other description

Lake Worth          FL      33462-0000
City                State    ZIP Code

Palm Beach
County

**What is the property?** Check all that apply

■ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**Other information you wish to add about this item, such as local property identification number:**

Folio #: 00-43-45-05-05-000-0211
Purchased: 12/17/99

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $369,170.00 | $369,170.00 |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

Husband and Wife

☐ **Check if this is community property**
(see instructions)

Debtor 1    David Anthony Abdo
Debtor 2    Carmen Silvia Morales-Abdo

Case number *(if known)*    16-11953

---

**1.2**    If you own or have more than one, list here:

791 Haverhill Road N.
_____
Street address, if available, or other description

West Palm Beach    FL    33415-0000
_____
City                State        ZIP Code

Palm Beach
_____
County

**What is the property?** Check all that apply

☐ Single-family home
■ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**Other information you wish to add about this item, such as local property identification number:**

Haverhill Riding Estates TR 35

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $218,000.00 | $218,000.00 |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

Husband and Wife

☐ **Check if this is community property**
(see instructions)

---

**1.3**    If you own or have more than one, list here:

1806 Hill St.
_____
Street address, if available, or other description

New Smyrna Beach    FL    32169-0000
_____
City                State        ZIP Code

Volusia
_____
County

**What is the property?** Check all that apply

■ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
■ Land
■ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**Other information you wish to add about this item, such as local property identification number:**

S 1/3 OF LOT 10 & INC LOT 14 BLK 9 CORONADO BEACH PER OR 527 8 PGS 1592-1593 PER OR 5725 PGS 305-306 PER OR 6091 PG 1671

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $531,000.00 | $531,000.00 |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

Fee simple

☐ **Check if this is community property**
(see instructions)

---

| Debtor 1 | David Anthony Abdo | |
|---|---|---|
| Debtor 2 | Carmen Silvia Morales-Abdo | |

Case number *(if known)*  16-11953

**1.4** If you own or have more than one, list here:

2615 N. Garden Dr.
Bldg. 3, Unit #112

Street address, if available, or other description

Lake Worth          FL          33461-0000

City                State       ZIP Code

Palm Beach

County

**What is the property?** Check all that apply

- ☐ Single-family home
- ☐ Duplex or multi-unit building
- ☑ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☐ Investment property
- ☐ Timeshare
- ☑ Other    Ownership by Co-Debtor Mother for Estate

**Who has an interest in the property?** Check one

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another

**Other information you wish to add about this item, such as local property identification number:**

17-44-43 LAKE CLARKE GARDENS CONDOMINIUM NO 3 PARCEL 112 IN OR1659P1756

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $35,000.00 | $0.00 |

**Describe the nature of your ownership interest** (such as fee simple, tenancy by the entireties, or a life estate), if known.

Joint tenant

☐ **Check if this is community property**
(see instructions)

---

**2.** Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here.............................................=>

$1,118,170.00

**Part 2:    Describe Your Vehicles**

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

**3.** Cars, vans, trucks, tractors, sport utility vehicles, motorcycles

- ☐ No
- ☑ Yes

**3.1**

| Make: | Cadillac |
|---|---|
| Model: | SRX-V6 |
| Year: | 2011 |
| Approximate mileage: | 80474 |

Other information:

VIN #: 3GYFNFEY9BS644539

**Who has an interest in the property?** Check one

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this is community property**
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $13,250.00 | $13,250.00 |

**3.2**

| Make: | Kia |
|---|---|
| Model: | Sedona |
| Year: | 2006 |
| Approximate mileage: | 191417 |

Other information:

VIN #: KNDMB233266102922
Vehicle needs new transmission, engine mount.  Roof leaks when it rains

**Who has an interest in the property?** Check one

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this is community property**
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $500.00 | $500.00 |

---

2/25/16  8:27PM

Debtor 1    David Anthony Abdo
Debtor 2    Carmen Silvia Morales-Abdo

Case number *(if known)*    16-11953

4.  **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
    *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

☐ No
☒ Yes

| 4.1 | Make: | Fleetwood | **Who has an interest in the property?** Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* | |
|---|---|---|---|---|---|

| Model: | Bounder 34S Class A |
| Year: | 1991 |

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☒ Check if this is community property
   (see instructions)

Other information:

VIN #: 1GBKP37NXM3308597
Location: 6245 High Ridge Rd.,
Lake Worth FL 33462

|  | **Current value of the entire property?** | **Current value of the portion you own?** |
|---|---|---|
|  | $1,280.00 | $1,280.00 |

| 4.2 | Make: | Regal | **Who has an interest in the property?** Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|---|

| Model: | Valanti 176SE |
| Year: | 1995 |

☐ Debtor 1 only
☐ Debtor 2 only
☒ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this is community property
   (see instructions)

Other information:

HIN # RGMAM336E595

|  | **Current value of the entire property?** | **Current value of the portion you own?** |
|---|---|---|
|  | $2,500.00 | $2,500.00 |

| 4.3 | Make: | 20' Boat | **Who has an interest in the property?** Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|---|

| Model: | Trailer |
| Year: | 1995 |

☐ Debtor 1 only
☐ Debtor 2 only
☒ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this is community property
   (see instructions)

Other information:

Location: 6245 High Ridge Rd.,
Lake Worth FL 33462
Value combined with Boat

|  | **Current value of the entire property?** | **Current value of the portion you own?** |
|---|---|---|
|  | $0.00 | $0.00 |

5  **Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here...........................................................=>**

$17,530.00

**Part 3:**  **Describe Your Personal and  Household Items**

Do you own or have any legal or equitable interest in any of the following items?

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

6.  **Household goods and furnishings**
    *Examples:* Major appliances, furniture, linens, china, kitchenware
    ☐ No
    ☒ Yes.  Describe.....

| See "Schedule A/B-6" Attached hereto Location: 6245 High Ridge Rd., Lake Worth FL 33462 | $1,062.00 |
|---|---|

| See "Schedule A/B-6" Attached hereto Location: 1806 Hill St, New Smyrna Beach FL 32169 | $3,218.00 |
|---|---|

7.  **Electronics**
    *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
    ☐ No
    ☒ Yes.  Describe.....

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

Debtor 1     David Anthony Abdo

Debtor 2     Carmen Silvia Morales-Abdo                                                Case number *(if known)*   16-11953

| | |
|---|---|
| See "Schedule A/B-7" Attached hereto<br>Location: 6245 High Ridge Rd., Lake Worth FL 33462 | $185.00 |

| | |
|---|---|
| See "Schedule A/B-67 Attached hereto<br>Location: 1806 Hill St, New Smyrna Beach FL 32169 | $100.00 |

8. **Collectibles of value**
   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
   ☐ No
   ☑ Yes.  Describe.....

| | |
|---|---|
| See "Schedule A/B-8" Attached hereto<br>Location: 6245 High Ridge Rd., Lake Worth FL 33462 | $112.00 |

| | |
|---|---|
| See "Schedule A/B-8" Attached hereto<br>Location: 1806 Hill St, New Smyrna Beach FL 32169 | $785.00 |

9. **Equipment for sports and hobbies**
   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
   ☐ No
   ☑ Yes.  Describe.....

| | |
|---|---|
| See "Schedule A/B-9" Attached hereto<br>Location: 6245 High Ridge Rd., Lake Worth FL 33462 | $90.00 |

10. **Firearms**
    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
    ☑ No
    ☐ Yes.  Describe.....

11. **Clothes**
    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
    ☐ No
    ☑ Yes.  Describe.....

| | |
|---|---|
| Personal to Debtors, of No Value<br>Location: 6245 High Ridge Rd., Lake Worth FL 33462 | $0.00 |

12. **Jewelry**
    *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
    ☐ No
    ☑ Yes.  Describe.....

| | |
|---|---|
| See "Schedule A/B-12" Attached hereto<br>Location: 6245 High Ridge Rd., Lake Worth FL 33462 | $570.00 |

13. **Non-farm animals**
    *Examples:* Dogs, cats, birds, horses
    ☐ No
    ☑ Yes.  Describe.....

Debtor 1    David Anthony Abdo
Debtor 2    Carmen Silvia Morales-Abdo                                    Case number *(if known)*    16-11953

| | |
|---|---|
| Two (2) Non-Breeding Akitas<br>Personal to Debtors, of no value | $0.00 |

**14. Any other personal and household items you did not already list, including any health aids you did not list**

☐ No

■ Yes.  Give specific information.....

| | |
|---|---|
| See "Schedule A/B-14" Attached hereto<br>Location: 6245 High Ridge Rd., Lake Worth FL 33462 | $240.00 |

| | |
|---|---|
| See "Schedule A/B-14" Attached hereto<br>Location: 1806 Hill St, New Smyrna Beach FL 32169 | $60.00 |

**15.** Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here ........................................................................    $6,422.00

| Part 4: | Describe Your Financial Assets |
|---|---|

| Do you own or have any legal or equitable interest in any of the following? | Current value of the portion you own?<br>Do not deduct secured claims or exemptions. |
|---|---|

**16. Cash**
*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

☐ No

■ Yes.................................................................................................................

| | |
|---|---|
| Cash<br>Location: 6245<br>High Ridge<br>Rd., Lake<br>Worth FL<br>33462 | $84.00 |

**17. Deposits of money**
*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

☐ No

■ Yes.......................

| | | Institution name: | |
|---|---|---|---|
| 17.1. | Checking | JPMorgan Chase Bank, N.A.<br>Acct. #: xxxxxxxxxx7341 | $189.75 |
| 17.2. | Checking | PNC Bank<br>Acct. #: xxxxxx7228<br>Account used for Rental Income | $35.56 |
| 17.3. | Checking | PNC Bank<br>Acct. # xxxxxx0882<br>Business (Turquoise Turtle) Checking Account | $287.11 |
| 17.4. | Credit Union Combined Savings Account | First Choice Credit Union<br>Acct. #: xx5887 | $5.57 |

Debtor 1  David Anthony Abdo
Debtor 2  Carmen Silvia Morales-Abdo                                    Case number *(if known)*  16-11953

|  |  | Credit Union Combined Checking Account | First Choice Credit Union Acct. #: xx5887 |  | $102.35 |
|---|---|---|---|---|---|
|  | 17.5. |  |  |  |  |

**18. Bonds, mutual funds, or publicly traded stocks**
   *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts
   ☐ No
   ■ Yes..................       Institution or issuer name:

   TDAmeritrade
   Acct. #: xxx-xx3976
   Location: POB 3107, Lake Worth FL 33465                                              $0.03

**19.  Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**
   ■ No
   ☐ Yes.  Give specific information about them...................
                 Name of entity:                              % of ownership:

**20.  Government and corporate bonds and other negotiable and non-negotiable instruments**
   *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
   *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.
   ■ No
   ☐ Yes. Give specific information about them
                 Issuer name:

**21.  Retirement or pension accounts**
   *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
   ☐ No
   ■ Yes. List each account separately.
                 Type of account:         Institution name:

                 Pension                  West Palm Beach Firefighters Pension Fund
                                          Location: 4360 Northlake Blvd., Suite 206, Palm
                                          Beach Gardens, FL 33410                        $136,614.62

**22.  Security deposits and prepayments**
   Your share of all unused deposits you have made so that you may continue service or use from a company
   *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others
   ■ No
   ☐ Yes. ....................       Institution name or individual:

**23.  Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
   ■ No
   ☐ Yes............        Issuer name and description.

**24.  Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
   26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
   ■ No
   ☐ Yes............        Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

**25.  Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
   ■ No
   ☐ Yes.  Give specific information about them...

**26.  Patents, copyrights, trademarks, trade secrets, and other intellectual property**
   *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
   ■ No
   ☐ Yes.  Give specific information about them...

Debtor 1    David Anthony Abdo
Debtor 2    Carmen Silvia Morales-Abdo                                    Case number *(if known)*  16-11953

**27.  Licenses, franchises, and other general intangibles**
    *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
    ■ No
    ☐ Yes.  Give specific information about them...

| Money or property owed to you? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

**28.  Tax refunds owed to you**
    ☐ No
    ■ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

| | | |
|---|---|---|
| 2009 Tax Returns - Filed<br>Error created by IRS due to Stolen Tax<br>ID for Debtor and false filed tax return<br>sent to address in Tampa, FL. | Federal | $4,213.00 |

**29.  Family support**
    *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
    ■ No
    ☐ Yes. Give specific information......

**30.  Other amounts someone owes you**
    *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay,  workers' compensation, Social Security
              benefits; unpaid loans you made to someone else
    ■ No
    ☐ Yes.  Give specific information..

**31.  Interests in insurance policies**
    *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance
    ☐ No
    ■ Yes. Name the insurance company of each policy and list its value.

| Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|
| Primerica Term Life Insurance<br>Acct. #: 0430527769 | David A. Abdo | $750,000.00 |
| Primerica Term Life Insurance<br>Acct. #: 0430527769 | Carmen S. Morales-Abdo | $1,000,000.00 |

**32.  Any interest in property that is due you from someone who has died**
    If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because
    someone has died.
    ■ No
    ☐ Yes.  Give specific information..

**33.  Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
    *Examples:* Accidents, employment disputes, insurance claims, or rights to sue
    ■ No
    ☐ Yes.  Describe each claim.........

**34.  Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
    ■ No
    ☐ Yes.  Describe each claim.........

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Debtor 1 | David Anthony Abdo | | |
|---|---|---|---|
| Debtor 2 | Carmen Silvia Morales-Abdo | Case number *(if known)* | 16-11953 |

**35.  Any financial assets you did not already list**

☐ No
☐ Yes.  Give specific information..

**36.  Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached
for Part 4. Write that number here...................................................................................................................**  |  $1,891,531.99

**Part 5:**  Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.

**37.  Do you own or have any legal or equitable interest in any business-related property?**
☐ No. Go to Part 6.
☐ Yes.  Go to line 38.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

**38.  Accounts receivable or commissions you already earned**
☐ No
☐ Yes.  Describe.....

**39.  Office equipment, furnishings, and supplies**
*Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices
☐ No
☐ Yes.  Describe.....

| HP OfficeJet Pro 8610 Printer/Scanner
Location: 3609 S. Dixie Hwy., West Palm Beach, FL 33405 | $80.00 |

**40.  Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**
☐ No
☐ Yes.  Describe.....

| Paint Sprayer and Compressor
Location: 6245 High Ridge Rd., Lake Worth FL 33462 | $50.00 |

**41.  Inventory**
☐ No
☐ Yes.  Describe.....

| See Schedule "A/B-41" attached hereto and made a part hereof. | $4,974.00 |

**42.  Interests in partnerships or joint ventures**
☐ No
☐ Yes.  Give specific information about them...................
            Name of entity:                                    % of ownership:

**43.  Customer lists, mailing lists, or other compilations**
☐ No.

**Do your lists include personally identifiable information** (as defined in 11 U.S.C. § 101(41A))?

☐ No
☐ Yes.  Describe.....

2/25/16  8:27PM

| Debtor 1 | David Anthony Abdo | | |
|---|---|---|---|
| Debtor 2 | Carmen Silvia Morales-Abdo | Case number *(if known)* | 16-11953 |

44. **Any business-related property you did not already list**

■ No

☐ Yes. Give specific information.........

45. Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached for Part 5. Write that number here.............................................................................................................

$5,104.00

**Part 6:** Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.
If you own or have an interest in farmland, list it in Part 1.

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

■ No. Go to Part 7.

☐ Yes.  Go to line 47.

**Part 7:** Describe All Property You Own or Have an Interest in That You Did Not List Above

53. **Do you have other property of any kind you did not already list?**

*Examples:* Season tickets, country club membership

■ No

☐ Yes. Give specific information.........

54. Add the dollar value of all of your entries from Part 7. Write that number here  ....................................

$0.00

**Part 8:** List the Totals of Each Part of this Form

| | | |
|---|---|---|
| 55. **Part 1: Total real estate, line 2** .................................................................................. | | $1,118,170.00 |
| 56. **Part 2: Total vehicles, line 5** | $17,530.00 | |
| 57. **Part 3: Total personal and household items, line 15** | $6,422.00 | |
| 58. **Part 4: Total financial assets, line 36** | $1,891,531.99 | |
| 59. **Part 5: Total business-related property, line 45** | $5,104.00 | |
| 60. **Part 6: Total farm- and fishing-related property, line 52** | $0.00 | |
| 61. **Part 7: Total other property not listed, line 54**      + | $0.00 | |
| 62. **Total personal property.** Add lines 56 through 61... | $1,920,587.99 | Copy personal property total      $1,920,587.99 |
| 63. **Total of all property on Schedule A/B.** Add line 55 + line 62 | | $3,038,757.99 |

**DAVID ANTHONY ABDO & CARMEN SILVIA MORALES-ABDO**
Personal Inventory with Values
**SCHEDULE "A/B 6"**
**HILL STREET PROPERTY**

| ROOM | CATEGORY | QTY. | DESCRIPTION | VALUE |
|------|----------|------|-------------|-------|
| Living Room | Household Goods | 2 | Sofa | $ 100.00 |
| Living Room | Household Goods | 3 | Armchair | $ 60.00 |
| Living Room | Household Goods | 1 | Cocktail Table | $ 40.00 |
| Living Room | Household Goods | 5 | End table | $ 100.00 |
| Living Room | Household Goods | 6 | Lamp | $ 60.00 |
| Living Room | Household Goods | 2 | Credenza | $ 50.00 |
| Living Room | Household Goods | 2 | Armoires | $ 50.00 |
| Living Room | Household Goods | 1 | Plants | $ 5.00 |
| Family Room | Household Goods | 1 | Sofa Bed | $ 30.00 |
| Family Room | Household Goods | 1 | Coffee Table | $ 10.00 |
| Family Room | Household Goods | 1 | Desk | $ 10.00 |
| Family Room | Household Goods | 1 | Lamp | $ 5.00 |
| Family Room | Household Goods | 1 | Armoire | $ 30.00 |
| Family Room | Household Goods | 1 | Plants | $ 2.00 |
| Patio | Household Goods | 2 | Patio Table | $ 60.00 |
| Patio | Household Goods | 10 | Patio Chairs | $ 200.00 |
| Patio | Household Goods | 5 | Lounge | $ 100.00 |
| Patio | Household Goods | 1 | Sofa | $ 30.00 |
| Patio | Household Goods | 6 | Plastic Chairs | $ 30.00 |
| Patio | Household Goods | 1 | Loveseat & Chair | $ 12.00 |
| Kitchen | Household Goods | 2 | Microwave | $ 40.00 |
| Kitchen | Household Goods | 2 | Dishwasher | $ 100.00 |
| Kitchen | Household Goods | 2 | Refrigerator | $ 200.00 |
| Kitchen | Household Goods | 2 | Stove | $ 150.00 |
| Kitchen | Household Goods | 2 | Flatware Sets | $ 10.00 |
| Kitchen | Household Goods | 4 | Dishes (Sets) | $ 60.00 |
| Kitchen | Household Goods | 2 | Coffee Maker | $ 10.00 |
| Kitchen | Household Goods | | Pots and Pans | $ 40.00 |
| Dining Room | Household Goods | 2 | Dining Table | $ 80.00 |
| Dining Room | Household Goods | 14 | Dining Chairs | $ 140.00 |
| Dining Room | Household Goods | 1 | Buffet | $ 50.00 |
| Dining Room | Household Goods | 1 | Small Table | $ 20.00 |
| Dining Room | Household Goods | | Mirror and Art | $ 40.00 |
| Master Bedroom | Household Goods | 1 | King Size Bed | $ 50.00 |
| Master Bedroom | Household Goods | 1 | Box Spring | $ 10.00 |
| Master Bedroom | Household Goods | 1 | Headboard | $ 50.00 |
| Master Bedroom | Household Goods | 1 | Dresser | $ 50.00 |
| Master Bedroom | Household Goods | 3 | Night Table | $ 20.00 |
| Master Bedroom | Household Goods | 3 | Lamp | $ 25.00 |
| Master Bedroom | Household Goods | 1 | Desk | $ 10.00 |
| Master Bedroom | Household Goods | 3+1 | Chairs & Chaise | $ 70.00 |

**DAVID ANTHONY ABDO & CARMEN SILVIA MORALES-ABDO**
Personal Inventory with Values
**SCHEDULE "A/B 6"**
**HILL STREET PROPERTY**

| ROOM | CATEGORY | QTY. | DESCRIPTION | VALUE |
|------|----------|------|-------------|-------|
| Master Bedroom | Household Goods | 1 | Chest | $ 20.00 |
| Master Bedroom | Household Goods | 2 | Bedspread | $ 10.00 |
| Master Bedroom | Household Goods | 5 | Pillows | $ 5.00 |
| Master Bedroom | Household Goods | 1 | Armoire | $ 30.00 |
| Master Bedroom | Household Goods | 1 | Mirror | $ 25.00 |
| Master Bedroom | Household Goods | 1 | Twin Bed | $ 10.00 |
| Second Bedroom | Household Goods | 2 | Queen Size Bed | $ 80.00 |
| Second Bedroom | Household Goods | 2 | Box Spring | $ 20.00 |
| Second Bedroom | Household Goods | 1 | Headboard | $ 20.00 |
| Second Bedroom | Household Goods | 2 | Dresser | $ 50.00 |
| Second Bedroom | Household Goods | 4 | Night Table | $ 40.00 |
| Second Bedroom | Household Goods | 4 | Lamp | $ 40.00 |
| Second Bedroom | Household Goods | 1 | Chair | $ 10.00 |
| Second Bedroom | Household Goods | 2 | Bedspread | $ 20.00 |
| Second Bedroom | Household Goods | 8 | Pillows | $ 16.00 |
| Second Bedroom | Household Goods | 2 | Mirror | $ 30.00 |
| Third  Bedroom | Household Goods | 1 | Queen Size Bed | $ 40.00 |
| Third  Bedroom | Household Goods | 1 | Box Spring | $ 10.00 |
| Third  Bedroom | Household Goods | 1 | Headboard | $ 10.00 |
| Third  Bedroom | Household Goods | 1 | Night Table | $ 5.00 |
| Third  Bedroom | Household Goods | 2 | Lamp | $ 10.00 |
| Third  Bedroom | Household Goods | 1 | Chair (Ottoman) | $ 5.00 |
| Third  Bedroom | Household Goods | 1 | Chest | $ 20.00 |
| Third  Bedroom | Household Goods | 1 | Bedspread | $ 5.00 |
| Third  Bedroom | Household Goods | 4 | Pillows | $ 8.00 |
| Third  Bedroom | Household Goods | 1 | Armoire | $ 30.00 |
| Third  Bedroom | Household Goods | 1 | Mirror | $ 10.00 |
| Misc (Den or Office) | Household Goods | 2 | Chair | $ 30.00 |
| Misc (Den or Office) | Household Goods | 1 | Bookshelf | $ 20.00 |
| Misc (Den or Office) | Household Goods | 5 | Lamp | $ 25.00 |
| Misc (Den or Office) | Household Goods | 1 | Footstool | $ 5.00 |
| Misc (Den or Office) | Household Goods | 1 | Armoire | $ 25.00 |
| Misc (Den or Office) | Household Goods | 1 | Credenza/Dresser | $ 25.00 |
| Item Not Listed | Household Goods | 2 | Washer | $ 100.00 |
| Item Not Listed | Household Goods | 2 | Dryer | $ 100.00 |
| Storage Unit | Household Goods | | Kitchen Cabinets, holiday décor | $ 100.00 |
| | | | **Total:** | $ 3,218.00 |

**DAVID ANTHONY ABDO & CARMEN SILVIA MORALES-ABDO**
Personal Inventory with Values
**SCHEDULE "A/B 7"**
**HILL STREET PROPERTY**

| ROOM | CATEGORY | QTY. | DESCRIPTION | VALUE | COMMENTS |
|------|----------|------|-------------|-------|----------|
| Living Room | Electronics | 2 | TV (26") | $ 5.00 | |
| Family Room | Electronics | 1 | DVD player | $ 10.00 | |
| Family Room | Electronics | 1 | TV (19") | $ 5.00 | |
| Master Bedroom | Electronics | 1 | TV (19") | $ 5.00 | |
| Second Bedroom | Electronics | 2 | TV (19") | $ 5.00 | |
| Second Bedroom | Electronics | 2 | DVD player | $ 20.00 | |
| Third Bedroom | Electronics | 1 | TV (19") | $ 5.00 | |
| Third Bedroom | Electronics | 1 | DVD player | $ 10.00 | |
| Den | Electronics | 1 | TV | $ 5.00 | |
| Den | Electronics | 1 | DVD player | $ 10.00 | |
| Family Room | Electronics | 1 | Computer | $ 10.00 | 11 years old |
| Family Room | Electronics | 1 | Monitor | $ 10.00 | 11 years old |

**TOTAL        $  100.00**

**DAVID ANTHONY ABDO & CARMEN SILVIA MORALES-ABDO**
Personal Inventory with Values
**SCHEDULE "A/B 8"**
**HILL STREET PROPERTY**

| ROOM | CATEGORY | QTY. | DESCRIPTION | VALUE | COMMENTS |
|---|---|---|---|---|---|
| Living Room | Collectibles | 5 | Picture | $ 50.00 | |
| Family Room | Collectibles | 5 | Painting | $ 100.00 | |
| Kitchen | Collectibles | | Plates on wall | $ 15.00 | |
| Dining Room | Collectibles | 4 | Mirror | $ 200.00 | |
| Master Bedroom | Collectibles | | Picture/Art | $ 150.00 | |
| Second Bedroom | Collectibles | 11 | Picture/Art | $ 110.00 | |
| Third Bedroom | Collectibles | 5 | Picture/Art | $ 60.00 | |
| Den | Collectibles | 7 | Picture/Art | $ 100.00 | |

**TOTAL**      **$ 785.00**

**DAVID ANTHONY ABDO & CARMEN SILVIA MORALES-ABDO**
Personal Inventory with Values
**SCHEDULE "A/B 14"**
**HILL STREET PROPERTY**

| ROOM | CATEGORY | QTY. | DESCRIPTION | VALUE | COMMENTS |
|------|----------|------|-------------|-------|----------|
| Living Room | Other | 2 | DVD Player | $ 5.00 | |
| Item not Listed | Other | 1 | A/C compressor | $ 20.00 | needs repair |
| Item not Listed | Other | 2 | Vacuum Cleaner | $ 10.00 | |
| Item not Listed | Other | | Handtools | $ 10.00 | |
| Storage Unit | Other | | Books | $ 5.00 | |
| Bedroom | Other | 2 | Irons | $ 8.00 | |
| Bedroom | Other | 2 | Ironing Boards | $ 2.00 | |

**TOTAL        $  60.00**

**DAVID ANTHONY ABDO & CARMEN SILVIA MORALES-ABDO**
Personal Inventory with Values
**SCHEDULE "A/B 6"**
**HIGH RIDGE PROPERTY**

| ROOM | CATEGORY | QTY. | DESCRIPTION | VALUE | COMMENTS |
|------|----------|------|-------------|-------|----------|
| Living Room | Household Goods | 1 | Sofa | $ 20.00 | |
| Living Room | Household Goods | 2 | Armchair | $ 20.00 | |
| Living Room | Household Goods | 2 | End Table | $ 20.00 | |
| Living Room | Household Goods | 2 | Lamp | $ 40.00 | |
| Living Room | Household Goods | 1 | Mirror | $ 20.00 | |
| Patio | Household Goods | 1 | Patio Table | $ 30.00 | |
| Patio | Household Goods | 1 | Sofa | $ 30.00 | |
| Patio | Household Goods | 4 | Chairs | $ 80.00 | |
| Patio | Household Goods | 6 | Patio Chairs | $ 120.00 | |
| Patio | Household Goods | 1 | Grill | $ 20.00 | |
| Patio | Household Goods | 1 | Sofa | $ 40.00 | |
| Pool Area | Household Goods | 2 | Lounge | $ 40.00 | |
| Pool Area | Household Goods | 4 | Chairs | $ 40.00 | |
| Pool Area | Household Goods | 1 | Table | $ 20.00 | |
| Kitchen | Household Goods | 1 | Dinette Table | $ 25.00 | |
| Kitchen | Household Goods | 4 | Chairs | $ 40.00 | |
| Kitchen | Household Goods | 1 | Microwave | $ 10.00 | |
| Kitchen | Household Goods | 1 | Refrigerator | $ 75.00 | |
| Kitchen | Household Goods | 1 | Stovetop | $ 25.00 | |
| Kitchen | Household Goods | 1 | Flatware Set | $ 5.00 | |
| Kitchen | Household Goods | 10 | Tupperware | $ 3.00 | |
| Kitchen | Household Goods | 2 | Dishes (Sets) | $ 30.00 | |
| Kitchen | Household Goods | 1 | Coffee Maker | $ 5.00 | |
| Kitchen | Household Goods | | Pots and pans | $ 25.00 | |
| Master Bedroom | Household Goods | 1 | Queen Size Bed | $ 30.00 | |
| Master Bedroom | Household Goods | 1 | Box Spring | $ 10.00 | |
| Master Bedroom | Household Goods | 1 | Dresser & Chest | $ 50.00 | |
| Master Bedroom | Household Goods | 1 | Lamp | $ 10.00 | |
| Master Bedroom | Household Goods | 1 | Chair | $ 5.00 | |
| Master Bedroom | Household Goods | 3 | Picture/Art | $ 15.00 | |
| Master Bedroom | Household Goods | 1 | Bedspread | $ 5.00 | |
| Master Bedroom | Household Goods | 4 | Pillows | $ 4.00 | |
| Master Bedroom | Household Goods | 2 | Bookshelf | $ 40.00 | |
| Master Bedroom | Household Goods | 1 | Mirror | $ 10.00 | |
| Item not Listed | Household Goods | 1 | Washer | $ 50.00 | |
| Item not Listed | Household Goods | 1 | Dryer | $ 50.00 | |

**TOTAL**        **$  1,062.00**

**DAVID ANTHONY ABDO & CARMEN SILVIA MORALES-ABDO**
Personal Inventory with Values
**SCHEDULE "A/B 7"**
**HIGH RIDGE PROPERTY**

| ROOM | CATEGORY | QTY. | DESCRIPTION | VALUE | COMMENTS |
|------|----------|------|-------------|-------|----------|
| Living Room | Electronics | 1 | TV | $ 50.00 | |
| Item not Listed | Electronics | 1 | DVD player | $ 10.00 | |
| Item not Listed | Electronics | 2 | Cell phone | $ 50.00 | |
| Item not Listed | Electronics | 1 | Ipad | $ 25.00 | |
| Item not Listed | Electronics | 1 | Laptop | $ 50.00 | |

**TOTAL        $  185.00**

**DAVID ANTHONY ABDO & CARMEN SILVIA MORALES-ABDO**
Personal Inventory with Values
**SCHEDULE "A/B 8"**
**HIGH RIDGE PROPERTY**

| ROOM | CATEGORY | QTY. | DESCRIPTION | VALUE | COMMENTS |
|------|----------|------|-------------|-------|----------|
| Living Room | Collectibles | 8 | Picture | $ 12.00 | |
| Living Room | Collectibles | 6 | Paintings | $ 100.00 | |

**TOTAL            $  112.00**

**DAVID ANTHONY ABDO & CARMEN SILVIA MORALES-ABDO**
Personal Inventory with Values
**SCHEDULE "A/B 9"**
**HIGH RIDGE PROPERTY**

| ROOM | CATEGORY | QTY. | DESCRIPTION | VALUE | COMMENTS |
|------|----------|------|-------------|-------|----------|
| Living Room | Hobby | 1 | Piano | $ 75.00 | |
| Item not Listed | Hobby | 1 | Bicycle | $ 5.00 | Does not work |
| Item not Listed | Hobby | 1 | Guitar | $ 10.00 | |

**TOTAL**          **$    90.00**

**DAVID ANTHONY ABDO & CARMEN SILVIA MORALES-ABDO**

Personal Inventory with Values

**SCHEDULE "A/B 14"**

**HIGH RIDGE PROPERTY**

| ROOM | CATEGORY | QTY. | DESCRIPTION | VALUE | COMMENTS |
|------|----------|------|-------------|-------|----------|
| Pool Area | Other | 1 | Pool Equip | $ - | Broken |
| Item not Listed | Other | 1 | Vacuum Cleaner | $ 5.00 | |
| Item not Listed | Other | | Handtools | $ 200.00 | |
| Item not Listed | Other | 1 | Lawn Mower | $ 10.00 | Broken |
| Item not Listed | Other | 1 | A/C compressor | $ 25.00 | Old/Scrap |

**TOTAL          $ 240.00**

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | David Anthony Abdo |
| | First Name    Middle Name    Last Name |
| Debtor 2 | Carmen Silvia Morales-Abdo |
| (Spouse if, filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF FLORIDA |
| Case number (if known) | 16-11953 |

☐ Check if this is an amended filing

## Official Form 106C
# Schedule C: The Property You Claim as Exempt
**12/15**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

**Part 1:    Identify the Property You Claim as Exempt**

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☑ You are claiming state and federal nonbankruptcy exemptions.  11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions.  11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own — Copy the value from *Schedule A/B* | Amount of the exemption you claim — *Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| 6245 High Ridge Rd. Lake Worth, FL 33462 Palm Beach County Folio #: 00-43-45-05-05-000-0211 Purchased: 12/17/99 Line from *Schedule A/B*: 1.1 | $369,170.00 | ☑ $369,170.00 ☐ 100% of fair market value, up to any applicable statutory limit | Fla. Const. art. X, § 4(a)(1); Fla. Stat. Ann. §§ 222.01 & 222.02 |
| 2011 Cadillac SRX-V6 80474 miles VIN #: 3GYFNFEY9BS644539 Line from *Schedule A/B*: 3.1 | $13,250.00 | ☑ $2,000.00 ☐ 100% of fair market value, up to any applicable statutory limit | Fla. Stat. Ann. § 222.25(1) |
| 2006 Kia Sedona 191417 miles VIN #: KNDMB233266102922 Vehicle needs new transmission, engine mount.  Roof leaks when it rains Line from *Schedule A/B*: 3.2 | $500.00 | ☑ $0.00 ☐ 100% of fair market value, up to any applicable statutory limit | Fla. Stat. Ann. § 222.25(1) |
| See "Schedule A/B-6" Attached hereto Location: 6245 High Ridge Rd., Lake Worth FL 33462 Line from *Schedule A/B*: 6.1 | $1,062.00 | ☑ $1,062.00 ☐ 100% of fair market value, up to any applicable statutory limit | Fla. Const. art. X, § 4(a)(2) |
| See "Schedule A/B-7" Attached hereto Location: 6245 High Ridge Rd., Lake Worth FL 33462 Line from *Schedule A/B*: 7.1 | $185.00 | ☑ $185.00 ☐ 100% of fair market value, up to any applicable statutory limit | Fla. Const. art. X, § 4(a)(2) |

| Debtor 1 | David Anthony Abdo | | |
|---|---|---|---|
| Debtor 2 | Carmen Silvia Morales-Abdo | | Case number (if known) | 16-11953 |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| See "Schedule A/B-8" Attached hereto<br>Location: 6245 High Ridge Rd., Lake Worth FL 33462<br>Line from *Schedule A/B*: 8.1 | $112.00 | ■ $112.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Fla. Const. art. X, § 4(a)(2) |
| Personal to Debtors, of No Value<br>Location: 6245 High Ridge Rd., Lake Worth FL 33462<br>Line from *Schedule A/B*: 11.1 | $0.00 | ■ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Fla. Const. art. X, § 4(a)(2) |
| See "Schedule A/B-12" Attached hereto<br>Location: 6245 High Ridge Rd., Lake Worth FL 33462<br>Line from *Schedule A/B*: 12.1 | $570.00 | ■ $401.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Fla. Const. art. X, § 4(a)(2) |
| Two (2) Non-Breeding Akitas<br>Personal to Debtors, of no value<br>Line from *Schedule A/B*: 13.1 | $0.00 | ■ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Fla. Const. art. X, § 4(a)(2) |
| See "Schedule A/B-14" Attached hereto<br>Location: 6245 High Ridge Rd., Lake Worth FL 33462<br>Line from *Schedule A/B*: 14.1 | $240.00 | ■ $240.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Fla. Const. art. X, § 4(a)(2) |
| Pension: West Palm Beach Firefighters Pension Fund<br>Location: 4360 Northlake Blvd., Suite 206, Palm Beach Gardens, FL 33410<br>Line from *Schedule A/B*: 21.1 | $136,614.62 | ■ $136,614.62<br>☐ 100% of fair market value, up to any applicable statutory limit | Fla. Stat. Ann. § 222.21(1) |
| Federal: 2009 Tax Returns - Filed Error created by IRS due to Stolen Tax ID for Debtor and false filed tax return sent to address in Tampa, FL.<br>Line from *Schedule A/B*: 28.1 | $4,213.00 | ■ $4,213.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Fla. Stat. Ann. § 222.25(3) |
| Primerica Term Life Insurance<br>Acct. #: 0430527769<br>Beneficiary: David A. Abdo<br>Line from *Schedule A/B*: 31.1 | $750,000.00 | ■ $750,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Fla. Stat. Ann. § 222.13 |
| Primerica Term Life Insurance<br>Acct. #: 0430527769<br>Beneficiary: Carmen S. Morales-Abdo<br>Line from *Schedule A/B*: 31.2 | $1,000,000.00 | ■ $1,000,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Fla. Stat. Ann. § 222.14 |

3. **Are you claiming a homestead exemption of more than $155,675?**
   (Subject to adjustment on 4/01/16 and every 3 years after that for cases filed on or after the date of adjustment.)

   ☐ No

   ■ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

       ☐ No

       ■ Yes

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | David Anthony Abdo |
| | First Name          Middle Name          Last Name |
| Debtor 2 | Carmen Silvia Morales-Abdo |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF FLORIDA |
| Case number (if known) | 16-11953 |

☐ Check if this is an amended filing

## Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

■ Yes. Fill in all of the information below.

**Part 1:** List All Secured Claims

**2. List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | Column A | Column B | Column C |
|---|---|---|---|
| | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** | **Unsecured portion** If any |

**2.1** First Choice Credit Union
Creditor's Name

1055 S. Congress Ave.
West Palm Beach, FL 33406
Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Describe the property that secures the claim:

2011 Cadillac SRX-V6 80474 miles
VIN #: 3GYFNFEY9BS644539

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)    Vehicle Loan

Column A: $4,800.00    Column B: $13,250.00    Column C: $0.00

Date debt was incurred   10/01/11     Last 4 digits of account number   8710

**2.2** JPMorgan Chase Bank, N.A.
Creditor's Name

POB 183232
Columbus, OH 43218-3232
Number, Street, City, State & Zip Code

**Who owes the debt?** Check all that apply.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Describe the property that secures the claim:

791 Haverhill Road N. West Palm Beach, FL 33415  Palm Beach County Haverhill Riding Estates TR 35

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)    First Mortgage

Column A: $311,303.38    Column B: $218,000.00    Column C: $93,303.38

Date debt was incurred          Last 4 digits of account number   4695

Debtor 1    David Anthony Abdo
          First Name              Middle Name             Last Name

Debtor 2    Carmen Silvia Morales-Abdo
          First Name              Middle Name             Last Name

Case number (if know)    16-11953

---

**2.3**  New York Community Bank
Creditor's Name

1801 W. 9th St.
Cleveland, OH 44114
Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Date debt was incurred** _____

**Describe the property that secures the claim:**

6245 High Ridge Rd. Lake Worth, FL
33462  Palm Beach County
Folio #: 00-43-45-05-05-000-0211
Purchased: 12/17/99

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)    Second Mortgage

**Last 4 digits of account number**    0996

$123,529.64     $369,170.00     $123,529.64

---

**2.4**  Ocwen Loan Servicing
Creditor's Name

1661 Worthington Road
Suite 100
West Palm Beach, FL
33409
Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Date debt was incurred** _____

**Describe the property that secures the claim:**

6245 High Ridge Rd. Lake Worth, FL
33462  Palm Beach County
Folio #: 00-43-45-05-05-000-0211
Purchased: 12/17/99

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)    Mortgage

**Last 4 digits of account number**    8749

$516,522.79     $369,170.00     $147,352.79

---

**2.5**  Trust Mortgage, LLC
Creditor's Name

POB 820
Hallandale, FL 33008
Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**Describe the property that secures the claim:**

791 Haverhill Road N. West Palm
Beach, FL 33415  Palm Beach County
Haverhill Riding Estates TR 35

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit

$35,500.00     $218,000.00     $35,500.00

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com       Best Case Bankruptcy

Debtor 1  David Anthony Abdo
   First Name     Middle Name     Last Name

Debtor 2  Carmen Silvia Morales-Abdo
   First Name     Middle Name     Last Name

Case number (if know)  16-11953

☐ **Check if this claim relates to a
 community debt**

■ Other (including a right to offset)  Mortgage

Date debt was incurred  _____  Last 4 digits of account number  9110

---

| 2.6 | Wells Fargo Hm Mortgage | | $664,971.61 | $531,000.00 | $133,971.61 |

Creditor's Name

**Describe the property that secures the claim:**

1806 Hill St. New Smyrna Beach, FL
32169  Volusia County
S 1/3 OF LOT 10 & INC LOT 14 BLK 9
CORONADO BEACH PER OR 527 8
PGS 1592-1593 PER OR 5725 PGS
305-306 PER OR 6091 PG 1671

POB 14591
Des Moines, IA
50306-3591

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
■ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a
 community debt**

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured
 car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)  First Mortgage

Date debt was incurred  _____  Last 4 digits of account number  0115

---

Add the dollar value of your entries in Column A on this page. Write that number here:  $1,656,627.42

If this is the last page of your form, add the dollar value totals from all pages.
Write that number here:  $1,656,627.42

---

**Part 2:**  List Others to Be Notified for a Debt That You Already Listed

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

☐ Name, Number, Street, City, State & Zip Code
JPMorgan Chase Bank, N.A.
Mail Code: OH4-7302
POB 24696
Columbus, OH 43224-0696

On which line in Part 1 did you enter the creditor?  2.2

Last 4 digits of account number  4695

☐ Name, Number, Street, City, State & Zip Code
Trust Mortgage, LLC
POB 3926
Hallandale, FL 33008

On which line in Part 1 did you enter the creditor?  2.5

Last 4 digits of account number  9110

☐ Name, Number, Street, City, State & Zip Code
TSF MORTGAGE LLC
POB 820
Hallandale, FL 33008

On which line in Part 1 did you enter the creditor?  2.5

Last 4 digits of account number  9110

---

Official Form 106D  Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**  page 3 of 3

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | David Anthony Abdo |
| | First Name          Middle Name          Last Name |
| Debtor 2 | Carmen Silvia Morales-Abdo |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF FLORIDA |
| Case number (if known) | 16-11953 |

☐ Check if this is an amended filing

# Official Form 106E/F
## Schedule E/F: Creditors Who Have Unsecured Claims          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

**Part 1:**   List All of Your PRIORITY Unsecured Claims

1.   **Do any creditors have priority unsecured claims against you?**

☑ No. Go to Part 2.

☐ Yes.

**Part 2:**   List All of Your NONPRIORITY Unsecured Claims

3.   **Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

☑ Yes.

4.   **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

| | | | Total claim |
|---|---|---|---|
| 4.1 | Bealls | Last 4 digits of account number    721 | $0.00 |
| | Nonpriority Creditor's Name | | |

| | |
|---|---|
| 1806 38th Ave E | When was the debt incurred?    Opened 11/01/05  Last Active 1/01/08 |
| Bradenton, FL 34208-4700 | |
| Number Street City State Zip Code | As of the date you file, the claim is: Check all that apply |

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify _____

Debtor 1  David Anthony Abdo
Debtor 2  Carmen Silvia Morales-Abdo

Case number (if know)  16-11953

---

| 4.2 | Bealls Department Stor | Last 4 digits of account number | 1966 | $0.00 |

Nonpriority Creditor's Name

Po Box 25207
Bradenton, FL 34206

When was the debt incurred?  Opened 11/30/05  Last Active 8/01/08

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  Charge Account

---

| 4.3 | Capital One Bank Usa N | Last 4 digits of account number | 0001 | $484.00 |

Nonpriority Creditor's Name

15000 Capital One Dr
Richmond, VA 23238

When was the debt incurred?  Opened 4/21/12  Last Active 12/09/13

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  Credit Card

---

| 4.4 | Capital One Bank Usa N | Last 4 digits of account number | 1832 | $272.00 |

Nonpriority Creditor's Name

15000 Capital One Dr
Richmond, VA 23238

When was the debt incurred?  Opened 10/08/15  Last Active 2/01/16

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  Credit Card

---

Debtor 1   David Anthony Abdo
Debtor 2   Carmen Silvia Morales-Abdo

Case number (if know)   16-11953

| 4.5 | Cbna | Last 4 digits of account number | 1307 | $0.00 |

Nonpriority Creditor's Name

Po Box 6497
Sioux Falls, SD 57117

**When was the debt incurred?**  Opened  2/15/06  Last Active 7/11/07

Number Street City State Zlp Code

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only

■ Debtor 2 only                                                ☐ Contingent

☐ Debtor 1 and Debtor 2 only                       ☐ Unliquidated

☐ At least one of the debtors and another    ☐ Disputed

☐ **Check if this claim is for a  community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Yes    ☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    Charge Account

---

| 4.6 | Cbusasears | Last 4 digits of account number | 2610 | $0.00 |

Nonpriority Creditor's Name

8725 W. Sahara Ave  Mc 02/02/03
The Lakes, NV 89163

**When was the debt incurred?**  Opened  9/01/95  Last Active 5/01/06

Number Street City State Zlp Code

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only

■ Debtor 2 only                                                ☐ Contingent

☐ Debtor 1 and Debtor 2 only                       ☐ Unliquidated

☐ At least one of the debtors and another    ☐ Disputed

☐ **Check if this claim is for a  community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Yes    ☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    Credit card purchases

---

| 4.7 | Chase Mtg | Last 4 digits of account number | 5963 | $0.00 |

Nonpriority Creditor's Name

Po Box 24696
Columbus, OH 43224

**When was the debt incurred?**  Opened 11/14/05  Last Active 6/18/07

Number Street City State Zlp Code

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only

■ Debtor 2 only                                                ☐ Contingent

☐ Debtor 1 and Debtor 2 only                       ☐ Unliquidated

☐ At least one of the debtors and another    ☐ Disputed

☐ **Check if this claim is for a  community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Yes    ☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    Real Estate Mortgage

---

Debtor 1   David Anthony Abdo
Debtor 2   Carmen Silvia Morales-Abdo

Case number (if know)    16-11953

| 4.8 | Comenity Bank/Beallsfl | Last 4 digits of account number | 6664 | $249.00 |

Nonpriority Creditor's Name

Po Box 182685
Columbus, OH 43218

**When was the debt incurred?**    Opened 11/30/05  Last Active 12/10/13

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Charge Account

---

| 4.9 | Credit One Bank Na | Last 4 digits of account number | 1992 | $124.00 |

Nonpriority Creditor's Name

Po Box 98875
Las Vegas, NV 89193

**When was the debt incurred?**    Opened 10/11/15  Last Active 1/05/16

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Credit Card

---

| 4.10 | Diversified Adjustment | Last 4 digits of account number | 1308 | $0.00 |

Nonpriority Creditor's Name

600 Coon Rapids Blvd Nw
Coon Rapids, MN 55433

**When was the debt incurred?**    Opened  9/02/09  Last Active 11/30/09

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Collection Attorney City West Palm Beach

---

Debtor 1  David Anthony Abdo
Debtor 2  Carmen Silvia Morales-Abdo

Case number (if know)    16-11953

| 4.1 1 | First Choice Credit Un | Last 4 digits of account number | 8775 | $5,312.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name

Po Box 16659
West Palm Beach, FL 33416

When was the debt incurred?    Opened 10/25/11  Last Active 1/09/16

Number Street City State Zip Code

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    Automobile

---

| 4.1 2 | First Federal Credit Control | Last 4 digits of account number | 5340 | $0.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name

24700 Chagrin Blvd
Ste 2
Beachwood, OH 44122

When was the debt incurred?    09/01/10

Number Street City State Zip Code

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    Collection

---

| 4.1 3 | First Premier Bank | Last 4 digits of account number | 1343 | $265.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name

601 S Minnesota Ave
Sioux Falls, SD 57104

When was the debt incurred?    Opened 10/04/15  Last Active 2/02/16

Number Street City State Zip Code

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    Credit Card

---

Official Form 106 E/F                Schedule E/F: Creditors Who Have Unsecured Claims                Page  5 of 12

Debtor 1   David Anthony Abdo
Debtor 2   Carmen Silvia Morales-Abdo

Case number (if know)   16-11953

---

| 4.1 4 | First Premier Bank | Last 4 digits of account number | 1058 | $0.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name
3820 N. Louise Ave.
Sioux Falls, SD 57107
Number Street City State Zip Code

When was the debt incurred?   05/01/02

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Credit card purchases

---

| 4.1 5 | Gecrb/Dillards | Last 4 digits of account number | 1595 | $0.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name
POB 965024
Orlando, FL 32896
Number Street City State Zip Code

When was the debt incurred?   12/11/03

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Credit card purchases

---

| 4.1 6 | Gecrb/Dillards | Last 4 digits of account number | 0645 | $0.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name
POB 965024
Orlando, FL 32896
Number Street City State Zip Code

When was the debt incurred?   12/11/03

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Credit card purchases

---

Debtor 1  David Anthony Abdo
Debtor 2  Carmen Silvia Morales-Abdo

Case number (if know)  16-11953

---

| 4.1 7 | Gecrb/Jcp | | Last 4 digits of account number | 5368 | | $0.00 |

Nonpriority Creditor's Name

POB 984100
El Paso, TX 79998

Number Street City State Zip Code

**When was the debt incurred?**  01/05/98

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   Credit card purchases

---

| 4.1 8 | Gmac Mortgage | | Last 4 digits of account number | 1105 | | $0.00 |

Nonpriority Creditor's Name

Po Box 4622
Waterloo, IA 50704

Number Street City State Zip Code

**When was the debt incurred?**   Opened  6/01/05  Last Active 7/12/10

**Who incurred the debt?** Check one.

☐ Debtor 1 only

■ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   Home Equity Line Of Credit

---

| 4.1 9 | Greenpoint Mortgage | | Last 4 digits of account number | 9280 | | $0.00 |

Nonpriority Creditor's Name

7933 Preston Rd
Plano, TX 75024

Number Street City State Zip Code

**When was the debt incurred?**   Opened 11/14/05  Last Active 6/15/07

**Who incurred the debt?** Check one.

☐ Debtor 1 only

■ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   Home Equity Line Of Credit

---

Debtor 1  David Anthony Abdo
Debtor 2  Carmen Silvia Morales-Abdo

Case number (if know)   16-11953

---

| 4.2 0 | Kohls/Capone | Last 4 digits of account number | 9810 | $126.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name

N56 W 17000 Ridgewood Dr
Menomonee Falls, WI 53051

Number Street City State Zip Code

**When was the debt incurred?**   Opened 11/27/15  Last Active 2/01/16

**Who incurred the debt?** Check one.

☐ Debtor 1 only

■ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   Charge Account

---

| 4.2 1 | Northland Group, Inc. | Last 4 digits of account number | 9194 | $6,704.85 |
|---|---|---|---|---|

Nonpriority Creditor's Name

POB 390846
Minneapolis, MN 55439

Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☐ No

■ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   Credit card purchases

---

| 4.2 2 | Office Depot | Last 4 digits of account number | 1307 | $0.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name

POB 6497
Sioux Falls, SD 57117

Number Street City State Zip Code

**When was the debt incurred?**   07/11/07

**Who incurred the debt?** Check one.

☐ Debtor 1 only

■ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   Credit card purchases

---

Debtor 1   David Anthony Abdo
Debtor 2   Carmen Silvia Morales-Abdo

Case number (if know)   16-11953

---

**4.2 3**

Rubin & Debski, P.A.
Nonpriority Creditor's Name
POB 47718
Jacksonville, FL 32247
Number Street City State Zip Code

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number   7492          $2,100.00

When was the debt incurred?   12/17/07

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Attorney's Fees

---

**4.2 4**

Sears
Nonpriority Creditor's Name
POB 6282
Sioux Falls, SD 57117
Number Street City State Zip Code

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**
Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number   3950          $173.78

When was the debt incurred?   09/01/95

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Credit card purchases

---

**4.2 5**

Syncb/Jcp
Nonpriority Creditor's Name
Po Box 965007
Orlando, FL 32896
Number Street City State Zip Code

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number   9805          $0.00

When was the debt incurred?   Opened  1/05/98  Last Active 1/01/16

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Charge Account

---

Debtor 1  David Anthony Abdo
Debtor 2  Carmen Silvia Morales-Abdo

Case number *(if know)*    16-11953

---

| 4.2 6 | Syncb/Jcp | Last 4 digits of account number | 5368 | $0.00 |

Nonpriority Creditor's Name

Po Box 965007
Orlando, FL 32896

Number Street City State Zip Code

**When was the debt incurred?**    Opened  1/05/98  Last Active 7/05/09

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    Charge Account

---

| 4.2 7 | Target Nb | Last 4 digits of account number | 4144 | $0.00 |

Nonpriority Creditor's Name

Po Box 673
Minneapolis, MN 55440

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

■ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**    Opened  3/19/04  Last Active 10/05/11

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    Credit Card

---

| 4.2 8 | Td Bank | Last 4 digits of account number | 3302 | $0.00 |

Nonpriority Creditor's Name

917 Haywood Road
Greenville, SC 29615-3566

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**    Opened  1/01/07  Last Active 5/01/11

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    Automobile

---

Debtor 1    David Anthony Abdo
Debtor 2    Carmen Silvia Morales-Abdo

Case number (if know)    16-11953

---

| 4.29 | Td Bank N.A. | Last 4 digits of account number | 3302 | $0.00 |

**Nonpriority Creditor's Name**

32 Chestnut St
Lewiston, ME 04240

When was the debt incurred?    Opened  1/25/07  Last Active 4/01/13

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

Is the claim subject to offset?

☐ Student loans

■ No
☐ Yes

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    Secured

---

| 4.30 | THD/CBNA | Last 4 digits of account number | 3953 | $0.00 |

**Nonpriority Creditor's Name**
POB 6497
Sioux Falls, SD 57117

When was the debt incurred?    01/12/10

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

Is the claim subject to offset?

☐ Student loans

■ No
☐ Yes

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    Credit card purchases

---

| 4.31 | Wfhm | Last 4 digits of account number | 2526 | $0.00 |

**Nonpriority Creditor's Name**

4101 Wiseman Blvd # Mc-T
San Antonio, TX 78251

When was the debt incurred?    Opened  6/29/07  Last Active 7/16/15

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

Is the claim subject to offset?

☐ Student loans

■ No
☐ Yes

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    Real Estate Mortgage

---

**Part 3:    List Others to Be Notified About a Debt That You Already Listed**

**5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you**

Debtor 1  David Anthony Abdo
Debtor 2  Carmen Silvia Morales-Abdo

Case number (if know)  16-11953

**have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.**

| | |
|---|---|
| **Name and Address**<br>First National Collection<br>610 Walthan Way<br>Sparks, NV 89434 | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line 4.21 of (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number      9315 |
| **Name and Address**<br>JC Christensen & Associates, Inc.<br>POB 519<br>Sauk Rapids, MN 56379 | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line 4.21 of (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number      9303 |

## Part 4:  Add the Amounts for Each Type of Unsecured Claim

6. **Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.**

| | | | | Total Claim |
|---|---|---|---|---:|
| **Total claims from Part 1** | 6a. | **Domestic support obligations** | 6a. | $ 0.00 |
| | 6b. | **Taxes and certain other debts you owe the government** | 6b. | $ 0.00 |
| | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. | $ 0.00 |
| | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. | $ 0.00 |
| | 6e. | **Total Priority.** Add lines 6a through 6d. | 6e. | $ 0.00 |

| | | | | Total Claim |
|---|---|---|---|---:|
| **Total claims from Part 2** | 6f. | **Student loans** | 6f. | $ 0.00 |
| | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $ 0.00 |
| | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $ 0.00 |
| | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. | $ 15,810.63 |
| | 6j. | **Total Nonpriority.** Add lines 6f through 6i. | 6j. | $ 15,810.63 |

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | David Anthony Abdo |
| | First Name          Middle Name          Last Name |
| Debtor 2 | Carmen Silvia Morales-Abdo |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF FLORIDA |
| Case number (if known) | 16-11953 |

☐ Check if this is an amended filing

## Official Form 106G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1.  **Do you have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the court with your other schedules.  You have nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B:Property* (Official Form 106 A/B).

2.  **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| Person or company with whom you have the contract or lease<br>Name, Number, Street, City, State and ZIP Code | State what the contract or lease is for |
|---|---|
| 2.1  Jeffrey C. Lynne, Esq.<br>Weiner, Lynne & Thompson, P.A.<br>10 SE 1st Ave., Ste. C<br>Delray Beach, FL 33444 | Attorney necessary for Code Enforcement Procedures with Town of Haverhill for property located at 791 N. HAverhill Road, Haverhill (WPB), FL. |
| 2.2  Lourdes Moore<br>7611 Nemec Dr. S.<br>West Palm Beach, FL 33406 | Lease/Landlord Month to Month Oral Lease |
| 2.3  Pablo Lopez De Leon dba Rebecca's Haven<br>791 Haverhill Road North<br>West Palm Beach, FL 33415 | Property is operated as a Sober Living Facility.  Lease dated March 1, 2015 to March 31, 2016.  Tenant has expressed interest in renewal.<br>Tenant pays $4,000.00 per month. |

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | David Anthony Abdo |
| | First Name          Middle Name          Last Name |
| Debtor 2 | Carmen Silvia Morales-Abdo |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF FLORIDA |
| Case number | 16-11953 |
| (if known) | |

☐ Check if this is an amended filing

# Official Form 106H
## Schedule H: Your Codebtors                                           12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

**1. Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)

■ No
☐ Yes

**2. Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

■ No. Go to line 3.
☐ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

**3. In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on Schedule D (Official Form 106D), Schedule E/F (Official Form 106E/F), or Schedule G (Official Form 106G). Use Schedule D, Schedule E/F, or Schedule G to fill out Column 2.**

| Column 1: **Your codebtor** <br> Name, Number, Street, City, State and ZIP Code | Column 2: **The creditor to whom you owe the debt** <br> Check all schedules that apply: |
|---|---|
| **3.1** _____ <br> Name <br><br> _____ <br> Number     Street <br> City          State          ZIP Code | ☐ Schedule D, line _____ <br> ☐ Schedule E/F, line _____ <br> ☐ Schedule G, line _____ |
| **3.2** _____ <br> Name <br><br> _____ <br> Number     Street <br> City          State          ZIP Code | ☐ Schedule D, line _____ <br> ☐ Schedule E/F, line _____ <br> ☐ Schedule G, line _____ |

| Fill in this information to identify your case: | |
|---|---|
| Debtor 1 | David Anthony Abdo |
| Debtor 2 (Spouse, if filing) | Carmen Silvia Morales-Abdo |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF FLORIDA |
| Case number (If known) | 16-11953 |

Check if this is:

☐ An amended filing
☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD/ YYYY

## Official Form 106I
# Schedule I: Your Income                                     12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:    Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| Employment status | | ■ Employed<br>☐ Not employed | ■ Employed<br>☐ Not employed |
| Occupation | | Retired | Interior Decorator |
| Employer's name | | | Turquoise Turtle |
| Employer's address | | | 3609 S. Dixie Hwy<br>West Palm Beach, FL 33405 |
| How long employed there? | | | 20Y |

### Part 2:    Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $          0.00 | $          0.00 |
| 3. | **Estimate and list monthly overtime pay.** | 3. | +$          0.00 | +$          0.00 |
| 4. | **Calculate gross income.** Add line 2 + line 3. | 4. | $          0.00 | $          0.00 |

Debtor 1    David Anthony Abdo
Debtor 2    Carmen Silvia Morales-Abdo                                          Case number (if known)    16-11953

|  |  |  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| | **Copy line 4 here** | 4. | $ 0.00 | $ 0.00 |
| 5. | **List all payroll deductions:** | | | |
| | 5a.  **Tax, Medicare, and Social Security deductions** | 5a. | $ 0.00 | $ 0.00 |
| | 5b.  **Mandatory contributions for retirement plans** | 5b. | $ 0.00 | $ 0.00 |
| | 5c.  **Voluntary contributions for retirement plans** | 5c. | $ 0.00 | $ 0.00 |
| | 5d.  **Required repayments of retirement fund loans** | 5d. | $ 0.00 | $ 0.00 |
| | 5e.  **Insurance** | 5e. | $ 0.00 | $ 0.00 |
| | 5f.  **Domestic support obligations** | 5f. | $ 0.00 | $ 0.00 |
| | 5g.  **Union dues** | 5g. | $ 0.00 | $ 0.00 |
| | 5h.  **Other deductions.** Specify: | 5h.+ | $ 0.00  + $ | $ 0.00 |
| 6. | **Add the payroll deductions.**  Add lines 5a+5b+5c+5d+5e+5f+5g+5h. | 6. | $ 0.00 | $ 0.00 |
| 7. | **Calculate total monthly take-home pay.**  Subtract line 6 from line 4. | 7. | $ 0.00 | $ 0.00 |
| 8. | **List all other income regularly received:** | | | |
| | 8a.  **Net income from rental property and from operating a business, profession, or farm**  Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ 551.67 | $ 1,744.26 |
| | 8b.  **Interest and dividends** | 8b. | $ 0.00 | $ 0.00 |
| | 8c.  **Family support payments that you, a non-filing spouse, or a dependent regularly receive**  Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ 0.00 | $ 0.00 |
| | 8d.  **Unemployment compensation** | 8d. | $ 0.00 | $ 0.00 |
| | 8e.  **Social Security** | 8e. | $ 0.00 | $ 0.00 |
| | 8f.  **Other government assistance that you regularly receive**  Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.  Specify: | 8f. | $ 0.00 | $ 0.00 |
| | 8g.  **Pension or retirement income** | 8g. | $ 5,006.20 | $ 0.00 |
| | 8h.  **Other monthly income.** Specify: | 8h.+ | $ 0.00  + $ | $ 0.00 |
| 9. | **Add all other income.**  Add lines 8a+8b+8c+8d+8e+8f+8g+8h. | 9. | $ 5,557.87 | $ 1,744.26 |
| 10. | **Calculate monthly income.**  Add line 7 + line 9.  Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | $ 5,557.87  + $ 1,744.26 | = $ 7,302.13 |
| 11. | **State all other regular contributions to the expenses that you list in _Schedule J._**  Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.  Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in _Schedule J._  Specify: | 11. | +$ 0.00 | |
| 12. | **Add the amount in the last column of line 10 to the amount in line 11.**  The result is the combined monthly income.  Write that amount on the _Summary of Schedules_ and _Statistical Summary of Certain Liabilities_ and Related _Data_, if it applies | 12. | $ 7,302.13 |  **Combined monthly income** |

13.  **Do you expect an increase or decrease within the year after you file this form?**

☑  No.

☐  Yes. Explain:

## Profit and Loss Statement
**Jeunesse Global Distributorship**
6245 High Ridge Road,Lantana, FL 33462
**July 2015 to December 2015**

| | July | August | September | October | November | December | Totals |
|---|---|---|---|---|---|---|---|
| **Income** | | | | | | | |
| Comissions | 982.91 | 265.18 | 455.25 | 333.75 | 311.00 | 670.82 | 3,018.91 |
| **Total Income** | **982.91** | **265.18** | **455.25** | **333.75** | **311.00** | **670.82** | **3,018.91** |
| | | | | | | | |
| **Expenses** | | | | | | | |
| Advertising | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Products for Inventory | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Promotional products | 0.00 | 0.00 | 0.00 | 0.00 | 1,529.03 | 0.00 | 1,529.03 |
| Promotional literature | 0.00 | 0.00 | 0.00 | 0.00 | 25.00 | 0.00 | 25.00 |
| Promotional Appearal | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Recruiting presentations | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Total Expenses** | **0.00** | **0.00** | **0.00** | **0.00** | **1,554.03** | **0.00** | **1,554.03** |
| | | | | | | | |
| Personal consumption and use items were deducted from purchases not included in inventory | 269.85 | 383.5 | 92.41 | 141.9 | 464.68 | 141.9 | 1494.24 |
| | | | | | | | |
| **General Expences** | | | | | | | |
| Travel | 0.00 | 0.00 | 0.00 | 0.00 | 900.26 | 0.00 | 900.26 |
| Meals | 0.00 | 0.00 | 0.00 | 0.00 | 93.81 | 0.00 | 93.81 |
| Training/Seminars/Conventions | 0.00 | 190.64 | 0.00 | 0.00 | 301.60 | 0.00 | 492.24 |
| Storage | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Office Expenses ( MyFax Internet fax) | 10.00 | 10.00 | 10.00 | 10.00 | 10.00 | 10.00 | 60.00 |
| Other Expenses ( training website fee $17/mo | 0.00 | 0.00 | 0.00 | 0.00 | 17.00 | 17.00 | 34.00 |
| **Total General and Adminstrative Expenses** | **10.00** | **200.64** | **10.00** | **10.00** | **1,322.67** | **27.00** | **1,580.31** |
| | | | | | | | |
| **Total Operating Expenses** | **10.00** | **200.64** | **10.00** | **10.00** | **2,876.70** | **27.00** | **3,134.34** |
| | | | | | | | |
| **Taxes** | | | | | | | |
| Sales Tax | | | | | | | 0.00 |
| **Total Taxes** | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** |
| | | | | | | | |
| **Net Profit** | **972.91** | **64.54** | **445.25** | **323.75** | **(2,565.70)** | **643.82** | **(115.43)** |

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | David Anthony Abdo |
| Debtor 2 (Spouse, if filing) | Carmen Silvia Morales-Abdo |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF FLORIDA |
| Case number (If known) | 16-11953 |

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

## Official Form 106J
# Schedule J: Your Expenses

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:  Describe Your Household

**1.** **Is this a joint case?**

☐ No. Go to line 2.

■ Yes. **Does Debtor 2 live in a separate household?**

■ No

☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household* of Debtor 2.

**2.** **Do you have dependents?**   ■ No

Do not list Debtor 1 and Debtor 2.

☐ Yes. Fill out this information for each dependent..............

Do not state the dependents names.

| | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|---|
| | _____ | _____ | ☐ No  ☐ Yes |
| | _____ | _____ | ☐ No  ☐ Yes |
| | _____ | _____ | ☐ No  ☐ Yes |
| | _____ | _____ | ☐ No  ☐ Yes |

**3.** **Do your expenses include expenses of people other than yourself and your dependents?**   ■ No   ☐ Yes

### Part 2:  Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

| | | Your expenses |
|---|---|---|

| | | | |
|---|---|---|---|
| **4.** | **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot. | 4. $ | 0.00 |
| | **If not included in line 4:** | | |
| 4a. | Real estate taxes | 4a. $ | 0.00 |
| 4b. | Property, homeowner's, or renter's insurance | 4b. $ | 0.00 |
| 4c. | Home maintenance, repair, and upkeep expenses | 4c. $ | 190.00 |
| 4d. | Homeowner's association or condominium dues | 4d. $ | 0.00 |
| **5.** | **Additional mortgage payments for your residence,** such as home equity loans | 5. $ | 0.00 |

Debtor 1    David Anthony Abdo
Debtor 2    Carmen Silvia Morales-Abdo                          Case number (if known)    16-11953

| | | | | |
|---|---|---|---|---|
| 6. | **Utilities:** | | | |
| | 6a. | Electricity, heat, natural gas | 6a. $ | 250.00 |
| | 6b. | Water, sewer, garbage collection | 6b. $ | 50.00 |
| | 6c. | Telephone, cell phone, Internet, satellite, and cable services | 6c. $ | 0.00 |
| | 6d. | Other. Specify:   Satellite/DirecTV/Cable | 6d. $ | 43.82 |
| 7. | **Food and housekeeping supplies** | | 7. $ | 800.00 |
| 8. | **Childcare and children's education costs** | | 8. $ | 0.00 |
| 9. | **Clothing, laundry, and dry cleaning** | | 9. $ | 20.00 |
| 10. | **Personal care products and services** | | 10. $ | 50.00 |
| 11. | **Medical and dental expenses** | | 11. $ | 45.00 |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | | 12. $ | 400.00 |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | | 13. $ | 100.00 |
| 14. | **Charitable contributions and religious donations** | | 14. $ | 0.00 |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | | |
| | 15a. | Life insurance | 15a. $ | 366.72 |
| | 15b. | Health insurance | 15b. $ | 0.00 |
| | 15c. | Vehicle insurance | 15c. $ | 225.00 |
| | 15d. | Other insurance. Specify: | 15d. $ | 0.00 |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: | | 16. $ | 0.00 |
| 17. | **Installment or lease payments:** | | | |
| | 17a. | Car payments for Vehicle 1 | 17a. $ | 570.00 |
| | 17b. | Car payments for Vehicle 2 | 17b. $ | 0.00 |
| | 17c. | Other. Specify: | 17c. $ | 0.00 |
| | 17d. | Other. Specify: | 17d. $ | 0.00 |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I).** | | 18. $ | 0.00 |
| 19. | **Other payments you make to support others who do not live with you.** Specify: | | 19. $ | 0.00 |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income*.** | | | |
| | 20a. | Mortgages on other property | 20a. $ | 0.00 |
| | 20b. | Real estate taxes | 20b. $ | 0.00 |
| | 20c. | Property, homeowner's, or renter's insurance | 20c. $ | 0.00 |
| | 20d. | Maintenance, repair, and upkeep expenses | 20d. $ | 200.00 |
| | 20e. | Homeowner's association or condominium dues | 20e. $ | 0.00 |
| 21. | **Other:** Specify:   Utilities | | 21. +$ | 551.69 |

22. **Calculate your monthly expenses**

| | | |
|---|---|---|
| 22a. Add lines 4 through 21. | $ | 3,862.23 |
| 22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 | $ | |
| 22c. Add line 22a and 22b. The result is your monthly expenses. | $ | 3,862.23 |

23. **Calculate your monthly net income.**

| | | |
|---|---|---|
| 23a. Copy line 12 (*your combined monthly income*) from Schedule I. | 23a. $ | 7,302.13 |
| 23b. Copy your monthly expenses from line 22c above. | 23b. -$ | 3,862.23 |
| 23c. Subtract your monthly expenses from your monthly income. The result is your *monthly net income*. | 23c. $ | 3,439.90 |

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☐ No.

■ Yes.    Explain here: Increase in Business in the Store.  Currently has a large inventory.

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | David Anthony Abdo | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | Carmen Silvia Morales-Abdo | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF FLORIDA | | |
| Case number | 16-11953 | | |
| (if known) | | | |

☐ Check if this is an amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

■ No

☐ Yes. Name of person _____    Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

| | |
|---|---|
| X /s/ David Anthony Abdo | X /s/ Carmen Silvia Morales-Abdo |
| David Anthony Abdo | Carmen Silvia Morales-Abdo |
| Signature of Debtor 1 | Signature of Debtor 2 |
| Date February 25, 2016 | Date February 25, 2016 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | David Anthony Abdo |
| | First Name        Middle Name        Last Name |
| Debtor 2 | Carmen Silvia Morales-Abdo |
| (Spouse if, filing) | First Name        Middle Name        Last Name |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF FLORIDA |
| Case number (if known) | 16-11953 |

☐ Check if this is an amended filing

# Official Form 107
## Statement of Financial Affairs for Individuals Filing for Bankruptcy        12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:    Give Details About Your Marital Status and Where You Lived Before

**1.    What is your current marital status?**

☑ Married
☐ Not married

**2.    During the last 3 years, have you lived anywhere other than where you live now?**

☑ No
☐ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1 Prior Address: | Dates Debtor 1 lived there | Debtor 2 Prior Address: | Dates Debtor 2 lived there |
|---|---|---|---|
| | | | |

**3.    Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington and Wisconsin.)

☑ No
☐ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

### Part 2    Explain the Sources of Your Income

**4.    Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

☐ No
☑ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) |
| From January 1 of current year until the date you filed for bankruptcy: | ☐ Wages, commissions, bonuses, tips | $371.25 | ☐ Wages, commissions, bonuses, tips | $490.00 |
| | ☑ Operating a business | | ☑ Operating a business | |

2/25/16 8:27PM

| Debtor 1 | David Anthony Abdo | | |
|---|---|---|---|
| Debtor 2 | Carmen Silvia Morales-Abdo | Case number *(if known)* | 16-11953 |

| | **Debtor 1** | | **Debtor 2** | |
|---|---|---|---|---|
| | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) |
| **For last calendar year:**<br>(January 1 to December 31, 2015 ) | ☐ Wages, commissions, bonuses, tips<br><br>■ Operating a business | $6,620.06 | ☐ Wages, commissions, bonuses, tips<br><br>■ Operating a business | $1,163.86 |
| **For the calendar year before that:**<br>(January 1 to December 31, 2014 ) | ☐ Wages, commissions, bonuses, tips<br><br>■ Operating a business | $6,963.20 | ☐ Wages, commissions, bonuses, tips<br><br>■ Operating a business | $10,977.00 |

**5.    Did you receive any other income during this year or the two previous calendar years?**
Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

List each source and the gross income from each source separately. Do not include income that you listed in line 4.

☐ No

■ Yes. Fill in the details.

| | **Debtor 1** | | **Debtor 2** | |
|---|---|---|---|---|
| | **Sources of income**<br>Describe below.. | **Gross income**<br>(before deductions and exclusions) | **Sources of income**<br>Describe below. | **Gross income**<br>(before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | Retirement Income | $10,012.40 | Rental Income | $8,000.00 |
| **For last calendar year:**<br>(January 1 to December 31, 2015 ) | Retirement Income | $60,074.40 | Rental Income | $49,175.00 |
| **For the calendar year before that:**<br>(January 1 to December 31, 2014 ) | Retirement Income | $60,074.40 | Rental Income | $54,965.88 |

**Part 3:    List Certain Payments You Made Before You Filed for Bankruptcy**

**6.    Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

☐    No.    **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $6,225* or more?

☐    No.    Go to line 7.

☐    Yes    List below each creditor to whom you paid a total of $6,225* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.
* Subject to adjustment on 4/01/16 and every 3 years after that for cases filed on or after the date of adjustment.

■    Yes.    **Debtor 1 or Debtor 2 or both have primarily consumer debts.**
During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

☐    No.    Go to line 7.

■    Yes    List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| **Creditor's Name and Address** | **Dates of payment** | **Total amount paid** | **Amount you still owe** | **Was this payment for ...** |
|---|---|---|---|---|
| | | | | |

| Debtor 1 | David Anthony Abdo | | |
|---|---|---|---|
| Debtor 2 | Carmen Silvia Morales-Abdo | | Case number *(if known)* | 16-11953 |

| Creditor's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Was this payment for ... |
|---|---|---|---|---|
| First Choice Credit Un<br>Po Box 16659<br>West Palm Beach, FL 33416 | 01/09/16; 12/09/15;<br>11/09/15 | $1,710.00 | $4,800.00 | ☐ Mortgage<br>■ Car<br>☐ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>☐ Other___ |
| Lourdes Moore<br>7611 Nemec Drive S.<br>West Palm Beach, FL 33406 | 02/10/16; 01/11/16;<br>12/11/16; 11/05/16; | $6,680.00 | $13,205.87 | ☐ Mortgage<br>☐ Car<br>☐ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>■ Other _Lease/Landlord._<br>Ongoing Monthly of<br>$1,060.00 |

7. **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
   *Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

   ■ No
   ☐ Yes. List all payments to an insider

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|

8. **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
   Include payments on debts guaranteed or cosigned by an insider.

   ■ No
   ☐ Yes. List all payments to an insider

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment<br>Include creditor's name |
|---|---|---|---|---|

**Part 4:    Identify Legal Actions, Repossessions, and Foreclosures**

9. **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
   List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

   ☐ No
   ■ Yes. Fill in the details.

| Case title<br>Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| Rosalyn Eugenita Fanelli v. David<br>Anthony Abdo David Anthony Abdo &<br>Carmen Morales Abdo<br>2011 20140 CINS | Personal Injury | Volusia County Clerk of Court<br>101 N Alabama Ave<br>Deland, FL 32724 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| Trust Mortgage, LLC v. David<br>Anthony Abdo & Carmen Silvia Abdo;<br>et. al.<br>2015 CA 003781 | Foreclosure | Palm Beach Circuit Court<br>205 N. Dixie Hwy<br>West Palm Beach, FL 33401 | ■ Pending<br>☐ On appeal<br>☐ Concluded |

| Debtor 1 | David Anthony Abdo | | |
|----------|--------------------|--|--|
| Debtor 2 | Carmen Silvia Morales-Abdo | Case number *(if known)* | 16-11953 |

| Case title Case number | Nature of the case | Court or agency | Status of the case |
|------------------------|--------------------|-----------------|--------------------|
| IndyMac Federal Bank, FSB v. Carmen S. Morales-Abdo; David A. Abdo; et. al. 2008 CA 037283 | Foreclosure | Palm Beach Circuit Court 205 N. Dixie Hwy West Palm Beach, FL 33401 | ■ Pending<br>☐ On appeal<br>☐ Concluded<br><br>Solely as to attorney fees for Debtor's State Trial Counsel |
| Wells Fargo Hm Mortgage v. David Abdo and Carmen S. Morales-Abdo; et. al. 2015 CA 004795 | Foreclosure | Palm Beach Circuit Court 205 N. Dixie Hwy West Palm Beach, FL 33401 | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| Deutsche Bank National Trust Company as Trustee of the IndyMac Indx Mortgage Loan Trust 2005-AR12 Mortgage Pass Through Certificates Series 2005-AR12 Under The Pooling And Servicing Agreement Dated June 1 2005 v. Carmen S. Morales; David A. Abdo; et. al. 2013 CA 000838 | Foreclosure | Palm Beach Circuit Court 205 N. Dixie Hwy West Palm Beach, FL 33401 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| Wachovia Mortgage FSB v. Carmen S. Morales Abdo; et. al. 2009 20771 CINS | Foreclosure | Volusia County Clerk of Court 101 N Alabama Ave Deland, FL 32724 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| Carmen S. Morales-Abdo v. Wells Fargo Bank, N.A. 6:15-cv-00322-CEM-TBS | Civil | United States District Court (MCO) Middle District of Florida 401 W. Central Blvd. Orlando, FL 32801 | ☐ Pending<br>☐ On appeal<br>■ Concluded |

10. **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?** Check all that apply and fill in the details below.

■ No
☐ Yes. Fill in the information below.

| Creditor Name and Address | Describe the Property<br><br>Explain what happened | Date | Value of the property |
|---------------------------|---------------------------------------------------|------|-----------------------|
| | | | |

11. **Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**

■ No
☐ Yes. Fill in the details.

| Creditor Name and Address | Describe the action the creditor took | Date action was taken | Amount |
|---------------------------|---------------------------------------|-----------------------|--------|
| | | | |

12. **Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

■ No
☐ Yes

| Debtor 1 | David Anthony Abdo | | |
|---|---|---|---|
| Debtor 2 | Carmen Silvia Morales-Abdo | Case number *(if known)* | 16-11953 |

**Part 5:    List Certain Gifts and Contributions**

13. **Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

☑ No
☐ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person

Person to Whom You Gave the Gift and Address: | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|

14. **Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity**

☐ No
☑ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that  total more than $600
Charity's Name
**Address** (Number, Street, City, State and ZIP Code) | Describe what you contributed | Dates you contributed | Value |
|---|---|---|---|
| More Project
10855 S River Front Pkwy
South Jordan, UT 84095 | Monetary Tithing | TY 2014;
01/03/15 -
05/23/15 | $838.79 |

**Part 6:    List Certain Losses**

15. **Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

☑ No
☐ Yes.  Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss

Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property.* | Date of your loss | Value of property lost |
|---|---|---|---|

**Part 7:    List Certain Payments or Transfers**

16. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**
    Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

☐ No
☑ Yes. Fill in the details.

| Person Who Was Paid
Address
Email or website address
Person Who Made the Payment, if Not You | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| Law Office of Adam I. Skolnik, PA
1761 West Hillsboro Boulevard
Suite 201
Deerfield Beach, FL 33442
askolnik@skolniklawpa.com | Attorney Fees | 02/09/16 | $3,000.00 |

17. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**
    Do not include any payment or transfer that you listed on line 16.

☐ No
☑ Yes. Fill in the details.

| Person Who Was Paid
Address | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|

| Debtor 1 | David Anthony Abdo | | |
|---|---|---|---|
| Debtor 2 | Carmen Silvia Morales-Abdo | | Case number (if known) | 16-11953 |

| Person Who Was Paid Address | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| Ice Legal, P.A.<br>1015 N. St. Rd. 7<br>Ste. D<br>West Palm Beach, FL 33411 | Legal Services Rendered on a monthly basis for Foreclosure Defense for all properties | Monthly TY 2015 | $5,500.00 |
| Lester A. Lewis<br>Lewis & Leiser, P.A.<br>POB 1941<br>Daytona Beach, FL 32115 | Legal Services for defense of Dog Bite case in Volusia County | | $2,500.00 |
| Jeffrey C. Lynne, Esq.<br>Weiner, Lynne & Thompson, P.A.<br>10 SE 1st Ave., Ste. C<br>Delray Beach, FL 33444 | Legal Services for for Code Enforcement Procedures with Town of Haverhill for property located at 791 N. HAverhill Road, Haverhill (WPB), FL. (Application to employ will be made) | 09/15; 10/15 | $2,500.00 |

18. **Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**
Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property). Do not include gifts and transfers that you have already listed on this statement.

■ No
☐ Yes. Fill in the details.

| Person Who Received Transfer Address<br><br>Person's relationship to you | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|

19. **Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?** (These are often called asset-protection devices.)

■ No
☐ Yes. Fill in the details.

| Name of trust | Description and value of the property transferred | Date Transfer was made |
|---|---|---|

**Part 8:**  List of Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units

20. **Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**
Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

☐ No
■ Yes. Fill in the details.

| Name of Financial Institution and Address (Number, Street, City, State and ZIP Code) | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| Wells Fargo Bank, N.A.<br>POB 6995<br>Portland, OR 97228-6995 | XXXX-0937 | ☐ Checking<br>■ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | 03/31/15 | $10.00 |

| Debtor 1 | David Anthony Abdo | | |
|---|---|---|---|
| Debtor 2 | Carmen Silvia Morales-Abdo | Case number *(if known)* | 16-11953 |

| Name of Financial Institution and Address (Number, Street, City, State and ZIP Code) | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| Wells Fargo Bank, N.A.<br>POB 6995<br>Portland, OR 97228-6995 | XXXX-0903 | ☐ Checking<br>■ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | 03/31/15 | $10.00 |

21. **Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

■ No
☐ Yes. Fill in the details.

| Name of Financial Institution<br>Address (Number, Street, City, State and ZIP Code) | Who else had access to it?<br>Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|

22. **Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy**

☐ No
■ Yes. Fill in the details.

| Name of Storage Facility<br>Address (Number, Street, City, State and ZIP Code) | Who else has or had access to it?<br>Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|
| ALL A/C Self Storage<br>2745 Lake Worth Rd.<br>Lake Worth, FL 33461 | David Anthony Abdo<br>Carmen Silvia Abdo<br>6245 High Ridge Rd.<br>Lake Worth, FL 33462 | Inventory for Business | ☐ No<br>■ Yes |
| U-Haul Moving & Storage of New Smyrna<br>500 Turnbull Bay Rd.<br>New Smyrna Beach, FL 32168 | David Anthony Abdo<br>Carmen Silvia Abdo<br>6245 High Ridge Rd.<br>Lake Worth, FL 33462 | Kitchen Cabinets and Holiday Decor for New Smyrna Beach Property | ☐ No<br>■ Yes |

**Part 9:**   **Identify Property You Hold or Control for Someone Else**

23. **Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**

■ No
☐ Yes. Fill in the details.

| Owner's Name<br>Address (Number, Street, City, State and ZIP Code) | Where is the property?<br>(Number, Street, City, State and ZIP Code) | Describe the property | Value |
|---|---|---|---|

**Part 10:**   **Give Details About Environmental Information**

For the purpose of Part 10, the following definitions apply:

■ *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

■ *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

■ *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

Debtor 1    David Anthony Abdo
Debtor 2    Carmen Silvia Morales-Abdo

Case number *(if known)*    16-11953

**24. Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Fill in the details.

| Name of site<br>Address (Number, Street, City, State and ZIP Code) | Governmental unit<br>Address (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| | | | |

**25. Have you notified any governmental unit of any release of hazardous material?**

☑ No
☐ Yes. Fill in the details.

| Name of site<br>Address (Number, Street, City, State and ZIP Code) | Governmental unit<br>Address (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| | | | |

**26. Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

☑ No
☐ Yes. Fill in the details.

| Case Title<br>Case Number | Court or agency<br>Name<br>Address (Number, Street, City, State and ZIP Code) | Nature of the case | Status of the case |
|---|---|---|---|
| | | | |

**Part 11:  Give Details About Your Business or Connections to Any Business**

**27. Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

☑ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time

☐ A member of a limited liability company (LLC) or limited liability partnership (LLP)

☐ A partner in a partnership

☐ An officer, director, or managing executive of a corporation

☐ An owner of at least 5% of the voting or equity securities of a corporation

☐ No. None of the above applies.  Go to Part 12.

☑ Yes. Check all that apply above and fill in the details below for each business.

| Business Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| Turquoise Turtle<br>3609 S. Dixie Hwy<br>West Palm Beach, FL 33405 | Interior Decorating/Retail Furnishings and Home Decor Store<br><br>Self | EIN:<br><br>From-To  02/12/2008 - Current |

**28. Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.**

☑ No
☐ Yes. Fill in the details below.

| Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Date Issued |
|---|---|
| | |

**Statement of Financial Affairs for Individuals Filing for Bankruptcy**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor 1 | David Anthony Abdo | | |
|---|---|---|---|
| Debtor 2 | Carmen Silvia Morales-Abdo | Case number *(if known)* | 16-11953 |

---

**Part 12:**  **Sign Below**

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. **18 U.S.C. §§ 152, 1341, 1519, and 3571.**

| /s/ David Anthony Abdo | /s/ Carmen Silvia Morales-Abdo |
|---|---|
| David Anthony Abdo | Carmen Silvia Morales-Abdo |
| **Signature of Debtor 1** | **Signature of Debtor 2** |
| Date    February 25, 2016 | Date    February 25, 2016 |

**Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?**

■ No
☐ Yes

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**

■ No
☐ Yes. Name of Person _____. Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

# Notice Required by 11 U.S.C. § 342(b) for
# Individuals Filing for Bankruptcy (Form 2010)

**This notice is for you if:**

    **You are an individual filing for bankruptcy,** and

    **Your debts are primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

**The types of bankruptcy that are available to individuals**

Individuals who meet the qualifications may file under one of four different chapters of Bankruptcy Code:

    Chapter 7 - Liquidation

    Chapter 11 - Reorganization

    Chapter 12 - Voluntary repayment plan for family farmers or fishermen

    Chapter 13 - Voluntary repayment plan for individuals with regular income

**You should have an attorney review your decision to file for bankruptcy and the choice of chapter.**

| Chapter 7: | Liquidation |
|---|---|
| $245 | filing fee |
| $75 | administrative fee |
| + $15 | trustee surcharge |
| $335 | total fee |

Chapter 7 is for individuals who have financial difficulty preventing them from paying their debts and who are willing to allow their nonexempt property to be used to pay their creditors. The primary purpose of filing under chapter 7 is to have your debts discharged. The bankruptcy discharge relieves you after bankruptcy from having to pay many of your pre-bankruptcy debts. Exceptions exist for particular debts, and liens on property may still be enforced after discharge. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

However, if the court finds that you have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge.

You should know that even if you file chapter 7 and you receive a discharge, some debts are not discharged under the law. Therefore, you may still be responsible to pay:

    most taxes;

    most student loans;

    domestic support and property settlement obligations;

most fines, penalties, forfeitures, and criminal restitution obligations; and

certain debts that are not listed in your bankruptcy papers.

You may also be required to pay debts arising from:

fraud or theft;

fraud or defalcation while acting in breach of fiduciary capacity;

intentional injuries that you inflicted; and

death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs.

If your debts are primarily consumer debts, the court can dismiss your chapter 7 case if it finds that you have enough income to repay creditors a certain amount. You must file *Chapter 7 Statement of Your Current Monthly Income* (Official Form 122A–1) if you are an individual filing for bankruptcy under chapter 7. This form will determine your current monthly income and compare whether your income is more than the median income that applies in your state.

If your income is not above the median for your state, you will not have to complete the other chapter 7 form, the *Chapter 7 Means Test Calculation* (Official Form 122A–2).

If your income is above the median for your state, you must file a second form —the *Chapter 7 Means Test Calculation* (Official Form 122A–2). The calculations on the form— sometimes called the *Means Test*—deduct from your income living expenses and payments on certain debts to determine any amount available to pay unsecured creditors. If

your income is more than the median income for your state of residence and family size, depending on the results of the *Means Test*, the U.S. trustee, bankruptcy administrator, or creditors can file a motion to dismiss your case under § 707(b) of the Bankruptcy Code. If a motion is filed, the court will decide if your case should be dismissed. To avoid dismissal, you may choose to proceed under another chapter of the Bankruptcy Code.

If you are an individual filing for chapter 7 bankruptcy, the trustee may sell your property to pay your debts, subject to your right to exempt the property or a portion of the proceeds from the sale of the property. The property, and the proceeds from property that your bankruptcy trustee sells or liquidates that you are entitled to, is called *exempt property*. Exemptions may enable you to keep your home, a car, clothing, and household items or to receive some of the proceeds if the property is sold.

Exemptions are not automatic. To exempt property, you must list it on *Schedule C: The Property You Claim as Exempt* (Official Form 106C). If you do not list the property, the trustee may sell it and pay all of the proceeds to your creditors.

---

## Chapter 11: Reorganization

|   |   |
|---|---|
| $1,167 | filing fee |
| +        $550 | administrative fee |
| $1,717 | total fee |

Chapter 11 is often used for reorganizing a business, but is also available to individuals. The provisions of chapter 11 are too complicated to summarize briefly.

**Read These Important Warnings**

Because bankruptcy can have serious long-term financial and legal consequences, including loss of your property, you should hire an attorney and carefully consider all of your options before you file. Only an attorney can give you legal advice about what can happen as a result of filing for bankruptcy and what your options are. If you do file for bankruptcy, an attorney can help you fill out the forms properly and protect you, your family, your home, and your possessions.

Although the law allows you to represent yourself in bankruptcy court, you should understand that many people find it difficult to represent themselves successfully. The rules are technical, and a mistake or inaction may harm you. If you file without an attorney, you are still responsible for knowing and following all of the legal requirements.

You should not file for bankruptcy if you are not eligible to file or if you do not intend to file the necessary documents.

Bankruptcy fraud is a serious crime; you could be fined and imprisoned if you commit fraud in your bankruptcy case. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Chapter 12: Repayment plan for family farmers or fishermen

|   | $200 | filing fee |
|---|------|------------|
| + | $75  | administrative fee |
|   | $275 | total fee |

Similar to chapter 13, chapter 12 permits family farmers and fishermen to repay their debts over a period of time using future earnings and to discharge some debts that are not paid.

## Chapter 13: Repayment plan for individuals with regular income

|   | $235 | filing fee |
|---|------|------------|
| + | $75  | administrative fee |
|   | $310 | total fee |

Chapter 13 is for individuals who have regular income and would like to pay all or part of their debts in installments over a period of time and to discharge some debts that are not paid. You are eligible for chapter 13 only if your debts are not more than certain dollar amounts set forth in 11 U.S.C. § 109.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, usually using your future earnings. If the court approves your plan, the court will allow you to repay your debts, as adjusted by the plan, within 3 years or 5 years, depending on your income and other factors.

After you make all the payments under your plan, many of your debts are discharged. The debts that are not discharged and that you may still be responsible to pay include:

domestic support obligations,

most student loans,

certain taxes,

debts for fraud or theft,

debts for fraud or defalcation while acting in a fiduciary capacity,

most criminal fines and restitution obligations,

certain debts that are not listed in your bankruptcy papers,

certain debts for acts that caused death or personal injury, and

certain long-term secured debts.

### Warning: File Your Forms on Time

Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information about your creditors, assets, liabilities, income, expenses and general financial condition. The court may dismiss your bankruptcy case if you do not file this information within the deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

For more information about the documents and their deadlines, go to:
http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

**Bankruptcy crimes have serious consequences**

If you knowingly and fraudulently conceal assets or make a false oath or statement under penalty of perjury—either orally or in writing—in connection with a bankruptcy case, you may be fined, imprisoned, or both.

All information you supply in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the U.S. Trustee, the Office of the U.S. Attorney, and other offices and employees of the U.S. Department of Justice.

**Make sure the court has your mailing address**

The bankruptcy court sends notices to the mailing address you list on *Voluntary Petition for Individuals Filing for Bankruptcy* (Official Form 101). To ensure that you receive information about your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address.

A married couple may file a bankruptcy case together—called a *joint case.* If you file a joint case and each spouse lists the same mailing address on the bankruptcy petition, the bankruptcy court generally will mail you and your spouse one copy of each notice, unless you file a statement with the court asking that each spouse receive separate copies.

**Understand which services you could receive from credit counseling agencies**

The law generally requires that you receive a credit counseling briefing from an approved credit counseling agency. 11 U.S.C. § 109(h). If you are filing a joint case, both spouses must receive the briefing. With limited exceptions, you must receive it within the 180 days *before* you file your bankruptcy petition. This briefing is usually conducted by telephone or on the Internet.

In addition, after filing a bankruptcy case, you generally must complete a financial management instructional course before you can receive a discharge. If you are filing a joint case, both spouses must complete the course.

You can obtain the list of agencies approved to provide both the briefing and the instructional course from: http://justice.gov/ust/eo/hapcpa/ccde/cc_approved.html .

In Alabama and North Carolina, go to: http://www.uscourts.gov/FederalCourts/Bankruptcy/ BankruptcyResources/ApprovedCredit AndDebtCounselors.aspx.

If you do not have access to a computer, the clerk of the bankruptcy court may be able to help you obtain the list.

# United States Bankruptcy Court
## Southern District of Florida

In re    David Anthony Abdo
       Carmen Silvia Morales-Abdo                                 Case No.    16-11953

                                         Debtor(s)            Chapter    11

# VERIFICATION OF CREDITOR MATRIX

The above-named Debtors hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date:    February 25, 2016                /s/ David Anthony Abdo
                                           David Anthony Abdo
                                           Signature of Debtor

Date:    February 25, 2016                /s/ Carmen Silvia Morales-Abdo
                                           Carmen Silvia Morales-Abdo
                                           Signature of Debtor

Bealls
1806 38th Ave E
Bradenton, FL 34208-4700

Bealls Department Stor
Po Box 25207
Bradenton, FL 34206

Capital One Bank Usa N
15000 Capital One Dr
Richmond, VA 23238

Cbna
Po Box 6497
Sioux Falls, SD 57117

Cbusasears
8725 W. Sahara Ave  Mc 02/02/03
The Lakes, NV 89163

Chase Mtg
Po Box 24696
Columbus, OH 43224

Comenity Bank/Beallsfl
Po Box 182685
Columbus, OH 43218

County of Volusia
Revenue Division
123 W. Indiana Ave., Room 103
Deland, FL 32720

Credit One Bank Na
Po Box 98875
Las Vegas, NV 89193

Diversified Adjustment
600 Coon Rapids Blvd Nw
Coon Rapids, MN 55433

First Choice Credit Un
Po Box 16659
West Palm Beach, FL 33416

First Choice Credit Union
1055 S. Congress Ave.
West Palm Beach, FL 33406


First Federal Credit Control
24700 Chagrin Blvd
Ste 2
Beachwood, OH 44122


First National Collection
610 Walthan Way
Sparks, NV 89434


First Premier Bank
601 S Minnesota Ave
Sioux Falls, SD 57104


First Premier Bank
3820 N. Louise Ave.
Sioux Falls, SD 57107


Gecrb/Dillards
POB 965024
Orlando, FL 32896


Gecrb/Jcp
POB 984100
El Paso, TX 79998


Gmac Mortgage
Po Box 4622
Waterloo, IA 50704


Greenpoint Mortgage
7933 Preston Rd
Plano, TX 75024


IRS
POB 621503
Atlanta, GA 30362-1503


IRS
Philadelphia, PA 19255-0075

JC Christensen & Associates, Inc.
POB 519
Sauk Rapids, MN 56379


Jeffrey C. Lynne, Esq.
Weiner, Lynne & Thompson, P.A.
10 SE 1st Ave., Ste. C
Delray Beach, FL 33444


JPMorgan Chase Bank, N.A.
POB 183232
Columbus, OH 43218-3232


JPMorgan Chase Bank, N.A.
Mail Code: OH4-7302
POB 24696
Columbus, OH 43224-0696


Kohls/Capone
N56 W 17000 Ridgewood Dr
Menomonee Falls, WI 53051


Lourdes Moore
7611 Nemec Dr. S.
West Palm Beach, FL 33406


New York Community Bank
1801 W. 9th St.
Cleveland, OH 44114


Northland Group, Inc.
POB 390846
Minneapolis, MN 55439


Ocwen Loan Servicing
1661 Worthington Road
Suite 100
West Palm Beach, FL 33409


Office Depot
POB 6497
Sioux Falls, SD 57117

Pablo Lopez De Leon dba Rebecca's Haven
791 Haverhill Road North
West Palm Beach, FL 33415


Palm Beach County
Constitutional Tax Collector
Serving Palm Beach County
POB 3353
West Palm Beach, FL 33402-3353


Rubin & Debski, P.A.
POB 47718
Jacksonville, FL 32247


Sears
POB 6282
Sioux Falls, SD 57117


Syncb/Jcp
Po Box 965007
Orlando, FL 32896


Target Nb
Po Box 673
Minneapolis, MN 55440


Td Bank
917 Haywood Road
Greenville, SC 29615-3566


Td Bank N.A.
32 Chestnut St
Lewiston, ME 04240


THD/CBNA
POB 6497
Sioux Falls, SD 57117


Trust Mortgage, LLC
POB 820
Hallandale, FL 33008


Trust Mortgage, LLC
POB 3926
Hallandale, FL 33008

```
TSF MORTGAGE LLC
POB 820
Hallandale, FL 33008


Wells Fargo Hm Mortgage
POB 14591
Des Moines, IA 50306-3591


Wfhm
4101 Wiseman Blvd # Mc-T
San Antonio, TX 78251
```