UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
PALM BEACH DIVISION
www.flsb.uscourts.gov

IN RE:

**DAVID ANTHONY ABDO AND
CARMEN SILVIA MORALES-ABDO**,

Debtors.
_____/

Case No.:    16-11953-PGH

In proceedings under **CHAPTER 11**

**MOTION TO DETERMINE SECURED STATUS OF LIEN ON REAL PROPERTY
HELD BY WELLS FARGO BANK, N.A.
[RE: 1806 HILL ST., NEW SMYRNA BEACH, FL 32169]**

**COMES NOW**, the Debtors in Possession, **DAVID ANTHONY ABDO AND CARMEN SILVIA MORALES-ABDO,** by and through the undersigned attorney, and files this Motion to Value, pursuant to 11 U.S.C. §506 and Bankruptcy Rule 3012, of the Debtors' real property described herein below.  In support of the Motion, the Debtor respectfully states the following:

**JURISDICTION AND VENUE**

1. This Court has jurisdiction over this matter, the parties in interest, and the properties and interests in property affected hereby pursuant to 28 U.S.C. §157 and §1334.

2. Consideration of this motion is a core proceeding under 28 U.S.C. §157(b)(2)(A); 28 U.S.C. §157(b)(2)(K) and 28 U.S.C. §157(b)(2)(O).

3. The statutory predicates for the relief sought here are Bankruptcy Code §105(a), §506(A) and §506(b) and Bankruptcy Rules 2002 and 3007.

**BACKGROUND**

4. On or about February 11, 2016, the Debtors filed a voluntary petition under Chapter 11 of the United States Bankruptcy Code.

{00058834;2}
In re: David Anthony Abdo and Carment Silvia Morales-Abdo
Motion to Value – WF Mortgage (1806 Hill St.)

Page **1** of **4**

5. The debtor seeks to value real property securing the claim of **WELLS FARGO BANK, N.A.,** (the "Lender"). Lender holds a mortgage recorded at OR Book **6091** Page **1675** with **Instrument # 2007-156338** in the official records of **Volusia** County, Florida.

6. The real property, which is the subject of this motion is located at <u>1806 Hill St., New Smyrna Beach, FL 32169-3224</u>, and is more particularly described as follows:

> **S**
> **The South 1/3 or South 50 feet of Lot 10, Block 9, F.C. AUSTIN'S SUBDIVISION, according to map recorded in Map Book 1, Page 127, Public Records of Volusia County, Florida; and all of Lot 14, Block 9, Fuquay and Rogers Subdivision entitled New Smyrna Beach, according to the plat thereof as recorded in Map Book 7, Page(s) 29, of the Public Records of Volusia County, Florida**
>
> **Folio #: 15-17-34-04-09-0100**

7. The Lender holds a lien in the amount of $**930,200.37**.

8. Lender's collateral is **not** solely the debtor's principal residence.

## VALUATION

9. At the time of the filing of this case, the value of the real property was $<u>531,000.00</u> as determined by an online Corelogic report (Realquest). Subsequent to the filing, the Debtors' obtained a more accurate valuation in the amount of **$510,000.00** as evidenced through an appraisal attached hereto as **EXHIBIT "A"** and incorporated herein.

10. As there is no equity in the Debtors' real property after payment in full of all claims secured by liens senior to that of Lender, there is equity of $0.00 remaining in the real property. Accordingly, the value of Lender's secured interest in the real property is $0.00 and the value of the Lender's unsecured, deficiency claim is **$420,200.37.**

11. Debtor has reviewed the Claims Registry in this case and determined that Lender has filed a claim in this case at **Claim #10**.

12. Pursuant to 11 U.S.C. §506 and Bankruptcy Rule 3012, and other applicable code sections and Rules, the Debtors allege that the lien of the Lender is undersecured and that the amount of its lien exceeds the value of the collateral and that the undersecured (or undersecured portions) of the liens of Lender should be voided pursuant to 11 U.S.C. §506(d).

13. The Debtor requests that the Court determine any unsecured portion be treated as a general unsecured claim based upon the aforesaid undersecured status.

14. The Debtor further shows this Honorable Court that any amounts claimed for post-petition attorney fees, costs and interest, and other expenses, should be disallowed pursuant to 11 U.S.C §506, since the notes and mortgage lien of the Lender are not oversecured.

**WHEREFORE,** the Debtors in Possession, **DAVID ANTHONY ABDO AND CARMEN SILVIA MORALES-ABDO** respectfully requests the entry of an Order of the Court (a) determining the value of the real property in the amount asserted in this Motion; (b) determining the secured status of the Lender's lien as stated above; (c) determining that any timely filed proof of claim is classified as stated above; and (d) providing such other and further relief that is just, proper and appropriate under the circumstances.

## CERTIFICATE OF COMPLIANCE

    I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

Dated: February 3, 2017        Respectfully submitted,

**LAW OFFICE OF ADAM I. SKOLNIK, P.A.**

  /s/ *Adam I. Skolnik*
ADAM I. SKOLNIK
FLORIDA BAR NO. 728081
ATTORNEY FOR DEBTORS IN POSSESSION:
    DAVID ANTHONY ABDO AND CARMEN SILVIA MORALES-ABDO
1761 WEST HILLSBORO BOULEVARD, SUITE 201
DEERFIELD BEACH, FLORIDA 33442
TELEPHONE:    561.265.1120
FACSIMILE:    561.265.1828
ASKOLNIK@SKOLNIKLAWPA.COM

## CERTIFICATE OF SERVICE

    I hereby further certify that on **February 3, 2017**, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and further that the foregoing document is being served on the parties listed below.

  /s/ *Adam I. Skolnik*
ADAM I. SKOLNIK

**Served Upon:**
**Via ECF:**
Heidi A Feinman , Esq., Attorney for US Trustee's Office
Office of the U.S. Trustee, USTPRegion21.MM.ECF@usdoj.gov
Wanda Murray, Esq., Attorney for Creditor, Wells Fargo Bank, National Association

**Via Certified U.S. Mail:**
Wells Fargo Bank, N.A. Attn: Bankruptcy Dept., MAC #D3347-014, 3476 Stateview Blvd., Fort Mill, SC 29715

**Via Electronic Mail**:
None.