UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
PALM BEACH DIVISION
www.flsb.uscourts.gov

IN RE:

**DAVID ANTHONY ABDO AND
CARMEN SILVIA MORALES-ABDO**,

Debtors.
_____/

Case No.:    16-11953-MAM

In proceedings under **CHAPTER 11**

**DEBTORS' AGREED EX-PARTE MOTION TO AMEND AGREED ORDER GRANTING IN PART, AND DENYING IN PART DEBTOR'S MOTION TO DETERMINE SECURED STATUS OF LIEN ON REAL PROPERTY HELD BY WELLS FARGO BANK, NATIONAL ASSOCIATION AS TRUSTEE FOR STRUCTURED ASSET MORTGAGE INVESTMENTS II INC., GREENPOINT MORTGAGE FUNDING TRUST 2005-AR4, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-AR4 (ECF No. 155)**

**COMES NOW**, the Debtors in Possession, **DAVID ANTHONY ABDO AND CARMEN SILVIA MORALES-ABDO**, by and through undersigned counsel, and hereby files this *Agreed Ex-Parte Motion to Amend Agreed Order Granting in Part, and Denying in Part Debtor's Motion to Determine Secured Status of Lien on Real Property held by Wells Fargo Bank, National Association as Trustee for Structured Asset Mortgage Investments II, Inc., Greenpoint Mortgage Funding Trust 2005-AR4, Mortgage Pass-Through Certificates, Series 2005-AR4* [ECF No. 155] ("**Order**") and in support of the Motion, the Debtors state as follows:

1. On February 11, 2016, the Debtors filed the instant case by the filing of a voluntary Chapter 11 bankruptcy petition. [ECF No. 1].

2. On February 6, 2017, the Debtors filed their *Amended Motion to Determine Secured Status of Lien on Real Property Held by Wells Fargo Bank, National Association as Trustee for Structured Asset Mortgage Investments II Inc., Greenpoint Mortgage Funding Trust 2005-AR4, Mortgage Pass-Through Certificates, Series 2005-AR4 [Re: 791 Haverhill Road N., West Palm Beach, FL 33415]* [DE 107] (the "**Motion**").

{00089576;2}
In re: David Anthony Abdo and Carment Silvia Morales-Abdo | 16-11953-MAM
Agreed Ex Parte Motion to Amend Agreed Order [ECF 107/155].

Page **1** of 2

3. The Debtors and Creditor entered into an Agreed Order ("**Agreed Order**") that was entered by this Court on April 10, 2017. [ECF No. 155].

4. Due to potential conflicting language in the Agreed Order, the Parties have now reached an agreement as to the Agreed Order, and now wish to enter into the attached Amended Agreed Order.

5. As such, the Order should be amended to correctly reflect the intentions of the Parties.

**WHEREFORE,** the Debtors in Possession, **DAVID ANTHONY ABDO AND CARMEN SILVIA MORALES-ABDO,** respectfully requests this Honorable Court to enter the Agreed Amended Order to correctly reflect the intentions of the parties.

### CERTIFICATE OF COMPLIANCE AND SERVICE

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A); and further certify that a true and correct copy of the above referenced Pleading(s) has/have been sent via First Class U.S. Mail, properly addressed and with correct postage, on all parties and/or electronically through CM/ECF, on parties having appeared electronically in the instant matter on 22nd day of March 2019.

Dated: March 22, 2019            Respectfully submitted,

**LAW OFFICE OF ADAM I. SKOLNIK, P.A.**

  /s/ *Adam I. Skolnik*
ADAM I. SKOLNIK
FLORIDA BAR NO. 728081
ATTORNEY FOR DEBTORS IN POSSESSION:
    DAVID ANTHONY ABDO AND CARMEN SILVIA MORALES-ABDO
1761 WEST HILLSBORO BOULEVARD, SUITE 201
DEERFIELD BEACH, FLORIDA 33442
TELEPHONE:    561.265.1120
FACSIMILE:    561.265.1828
ASKOLNIK@SKOLNIKLAWPA.COM